Renee Choy Ohlendorf (SBN 263939)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant GC Services Limited Partnership

**UNITED STATES DISTRICT COURT**

**SOUTH DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| Nicholas A. Horowitz, an individual, and Chad H. Hamby, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GC Services Limited Partnership; Ruby Cisneros, an individual; Does 1-100, inclusive,,<br><br>Defendant. | Case No. '14CV2512 MMARBB<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C., sections 1441(a) and 1446, Defendant GC SERVICES LP ("Defendant") hereby removes to this Court the state action currently pending in the San Diego County Superior Court of California, described more fully below:

1. On July 21, 2014, a civil action was commenced in the Superior Court of the State of California, in and for the County of San Diego, North County, entitled Nicholas A. Horowitz and Chad H. Hamby v. GC Services, LP, and pending under Case No. 37-2014-00024159-CL-MC-NC.

2. In light of the pendency in San Diego County, the United States District Court for the Southern District of California is the proper forum for removal pursuant to 28 U.S.C. §§84(d) and 1441(a).

3. On September 22, 2014, Defendant was served with a copy of the Summons, Complaint, Civil Case Cover Sheet, Alternative Dispute Resolution (ADR) Information, a blank Judicial Council form entitled "Stipulation to Use Alternative Dispute Resolution", Notice of Case Assignment and Case Management Conference, Notice of Eligibility to eFile and Assignment to Imaging Department, true and correct copies of which are collectively attached hereto as **Exhibit A** and incorporated herein by this reference. The aforementioned documents constitute true and correct copies of all process, pleadings and orders served upon Defendant.

4. The Complaint asserts a federal cause of action against Defendant for purported violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. and violations of the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq., and may be removed to this Court pursuant to 28 U.S.C. §1446(b) because it invokes federal question jurisdiction. This Court may exercise supplemental jurisdiction over the remaining claim for purported violation of the Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788 et seq., pursuant to 28 U.S.C. 1367(a) and 1441(c).

5. This Notice was filed with the Clerk of the United States District Court for the Southern District of California within thirty (30) days after service of the Complaint was effectuated upon Defendant. It is therefore timely under 28 U.S.C. §1446(b).

DATED: October 21, 2014

HINSHAW & CULBERTSON LLP

By: */s/ Renee C. Ohlendorf*
Renee Choy Ohlendorf
Attorneys for Defendant GC Services Limited Partnership