1  JOHNSON & WEAVER, LLP
   Brett M. Weaver, Esq. (SBN 204715)
2  600 West Broadway, Suite 1540
   San Diego, CA 92101
3  Telephone: (619) 230-0063
   Facsimile: (619) 255-1856
4  E-mail: brettw@johnsonandweaver.com

5  *Attorneys for Plaintiffs*
   *Nicholas Horowitz & Chad Hamby*
6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 NICHOLAS HOROWITZ, an            Case No.: 14-cv-02512-MMA-RBB
   individual, and CHAD HAMBY, an
11 individual,                      **DECLARATION OF BRETT M.
                                    WEAVER IN SUPPORT OF
12         Plaintiffs,              PLAINTIFFS' MOTION FOR
                                    PARTIAL SUMMARY JUDGMENT**
13         v.
                                    **[REDACTED]**
14 GC SERVICES LIMITED
   PARTNERSHIP, a Delaware limited  Date:   July 11, 2016
15 partnership doing business in    Time:   2:30 p.m.
   California,                      Crtrm:  3A
16                                  Judge:  Hon. Michael M. Anello
           Defendants.
17                                  Trial:  October 25, 2016

18

19

20

21

22

23

24

25

26

27

28

I, Brett M. Weaver, declare as follows:

1.      I am an attorney licensed to practice before all Courts in the State of California.   I am a partner at Johnson & Weaver, LLP, counsel for Plaintiffs Nicholas Horowitz and Chad Hamby in this matter.   I make this declaration based on my own personal knowledge and, if called to testify, I could testify to the following:

2.      Attached as **Exhibit A** is a true and correct copy of the relevant deposition testimony of Chad Hamby taken on January 25, 2016.

3.      Attached as **Exhibit B** is a true and correct copy of the relevant deposition testimony Nicholas Horowitz of taken on January 25, 2016.

4.      Attached as **Exhibit C** is a true and correct copy of the relevant non-confidential deposition testimony of Brad Batig taken on April 15, 2016.

5.      Attached as **Exhibit D** is a true and correct copy of the relevant confidential deposition testimony of Brad Batig taken on April 15, 2016.

6.      Horowitz uses a service called "YouMail" to let him know when somebody has left a voicemail on the 9515 Number.  Specifically, he receives an email on his mobile phone attaching a MP3 file of the voicemail. Attached as **Exhibit E** is a true and correct copy of the email showing the July 20, 2013 voicemail message left by GCS (PLAINTIFFS0005).

7.      Attached as **Exhibit F** is a true and correct copy of GCS's confidential Account Detail Listing for Hamby dated September 23, 2014 (GC0009-GC0010).

8.      Attached as **Exhibit G** is a true and correct copy of a chart that GCS produced to show the voicemail messages it left on the 9515 Number in July 2013 (GC0003).

9.      Attached as **Exhibit H** is a true and correct copy of Horowitz's responses to GCS's interrogatory numbers 4 and 6.

10.     Attached as **Exhibit I** is a true and correct copy of GCS's response to Hamby's request for admission number 3.

11.     Attached as **Exhibit J** is a true and correct copy of Hamby's response to GCS's interrogatory number 25.

12.     Attached as **Exhibit K** is a true and correct copy of: https://www.gcserv.com/AccountsReceivableManagement/ThirdPartyReceivables.aspx, last visited on May 20, 2016.

13.     Attached as **Exhibit L** are true and correct copies of the cover pages of GCS's in-house training manuals entitled "Collection Excellence: Adhering to Federal and State Laws" (GC0611), "3rd Party Making Excellent Collection Calls Facilitator's Guide" (GC0630), "Communication Skills: Trainer's Guide." (GC0737), "Communication Skills: Certification Test" (GC0835), "Communication Skills: Audio Script" (GC0841), "Communication Skills: Particiant's Guide" (GC0860), "Customer Engagement: Participant Guide" (GC0904), and "Customer Engagement: Trainer Guide" (GC0947).

14.     On May 20, 2016, a paralegal in my office performed a Courtlink search to determine the number of times GCS has been sued in federal court under the FDCPA in the past two years.  Attached as **Exhibit M** is the report generated by Courtlink showing 173 such cases.

15.     In March 2016, GCS subpoenaed Verizon to obtain its records regarding the porting of the 9515 Number.  Attached as **Exhibit N** is a copy of the subpoena and Verizon's response showing that the number was ported to Verizon on March 26, 2013.

16.     Attached as **Exhibit O** is a certified transcript of the voicemail message GCS left on the 9515 Number on July 20, 2013.

17.     Attached as **Exhibit P** is a certified transcript of the phone call between Frieda Espinoza, Jennifer Goff, and Horowitz on July 23, 2013.

18.     Attached as **Exhibit Q** is a certified transcript of the first phone call between Rosie Patella and Horowitz on July 16, 2014.

19.     Attached as **Exhibit R** is a certified transcript of the phone call between a male speaker and Horowitz on July 16, 2014.

20.     Attached as **Exhibit S** is a certified transcript of the second phone call between Rosie Patella and Horowitz on July 16, 2014.

21.     Attached as **Exhibit T** is a certified transcript of the phone call between Ms. Rodriguez and Horowitz on July 18, 2014.

22.     Attached as **Exhibit U** is a certified transcript of the phone call between Ms. Guerra and Horowitz on July 18, 2014.

23.     Attached as **Exhibit V** is a certified transcript of the phone call between Julian and Horowitz on July 18, 2014.

24.     Attached as **Exhibit W** is a true and correct copy of the July 16, 2013-August 15, 2013 phone bill for Plaintiffs' Verizon "Friends & Family" plan showing the loss of one of the plan's 2000 minutes as a result of the July 20, 2013 voicemail.

25.     Attached as **Exhibit X** is a true and correct copy of LiveVox's "Local Caller ID" manual that GCS produced during discovery (GC0196-GC0201).

26.     Attached as **Exhibit Y** are the audio recordings of the telephone calls between GCS account representatives and Horowitz.  GCS produced these calls during discovery and has stipulated to their authenticity.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 23, 2016, in San Diego, California.

JOHNSON & WEAVER, LLP

_s/ Brett M. Weaver_
BRETT M. WEAVER

# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF CALIFORNIA
 3  NICHOLAS HOROWITZ, an         )
    individual, and CHAD HAMBY,   )
 4  an individual,                )
                                  )
 5            Plaintiffs          )
                                  )
 6            vs.                 )   14-cv-02512-MMA-RBB
                                  )
 7  GC SERVICES LIMITED           )
    PARTNERSHIP, a Delaware       )
 8  limited partnership doing     )
    business in California,       )
 9                                )
              Defendants          )
10  _____)
11
12          Deposition of Chad Harvey Hamby
13              San Francisco, California
14             Monday, January 25, 2016
15
16
17
18
19
20
21  Reported by:
22  JOANNE M. FARRELL, RPR, CRR
23  CSR Nos. 4838(CA)  506(HI)  507(NM)
24  Job No. 2192286
25  Pages 1 - 53

                                          Page 1
```

1          Q.   Did you owe any other outstanding debts to any

2     other creditor in the last five years?

3          A.   Yes.

4          Q.   Yes?  And who did you owe those debts to?

5          A.   American Express, Capital One.  It's my debts

6     that -- I mean, it's credit cards, right?  Is that where

7     you're going?  Right?

8          Q.   Yeah.  Credit cards, loans.

9          A.   And then I have Wells Fargo and then that's the

10    car, and that's pretty much it.

11         Q.   All right.  And in this lawsuit you filed -- you

12    are suing GC Services regarding its attempts to collect a

13    debt that you owed to QVC, right?

14         A.   Correct.  Yes.

15         Q.   And was the account balance that you owed to QVC

16    in connection with the purchase of a desktop computer?

17         A.   Yes.

18         Q.   And do you remember when you bought that

19    computer approximately?

20         A.   December 2012.

21         Q.   And why did you buy the computer?

22         A.   It was a Christmas gift for my brother.

23         Q.   Do you recall how much you paid for it?

24         A.   I think it was 1200.

25         Q.   1200?

Page 12

```
1         A.   Uh-huh.

2         Q.   And how much is currently owed on that?

3         A.   200 and some change.  I'm not exactly sure on

4    that number.  Sorry.

5         Q.   That's okay.  And QVC is a home shopping

6    network, right?  I'm not real familiar with it, so you'll

7    kind of have to walk me through it a little bit.

8         A.   Okay.

9         Q.   So how does that work?  Do you just watch TV and

10   something comes up on the screen and you call in and buy

11   it?

12        A.   Well, like for this example or just in general?

13        Q.   How about for this specifically.

14        A.   Okay.  So we were shopping for a Christmas gift

15   for my brother.  And so instead of doing the $1200

16   out-of-pocket, QVC had an Easy Pay of whatever, six

17   payments of 238, or whatever the amount was.  I don't

18   remember exactly how much it was.  And then you just do

19   the Easy Pays.

20             And then so you paid over the six months instead

21   of, you know, us going and spending the 1200 right up

22   front.  And it was actually the one that he wanted, RAMS,

23   yeah.

24        Q.   Okay.  So Easy Pay is like an installment

25   payment --
```

Page 13

1        A.  Kinda sorta, yes.

2             MR. WEAVER:  Slow down a little bit.

3             THE WITNESS:  Okay.  Sorry.

4    BY MS. OHLENDORF:

5        Q.  That's all right.  I tend to talk really fast,

6    as well.

7        A.  Sorry.  I've got to count.

8        Q.  So Easy Pay is an installment program, an

9    installment payment program you were saying, right?

10       A.  Yes.

11       Q.  And when you -- so do you have an open account

12   with QVC through this Easy Pay program?  Is it -- or is

13   it just per purchase that this Easy Pay program works?

14            MR. WEAVER:  Objection.  Calls for speculation.

15            If you know.

16   BY MS. OHLENDORF:

17       Q.  I'm sorry, I didn't catch your answer.

18       A.  Okay.  It's like on my e-mails.  I log in and

19   purchase something.  There's not an account.  You set up

20   your Visa check card, or whatever card you want them to

21   bill, and you just set it up that way.

22       Q.  Okay.  Got it.  I think I'm kind of getting the

23   outlines of this.

24            So did you actually call QVC to place the order

25   or was this something that you placed online?

                                              Page 14

```
 1   always a cell phone number?

 2        A.   Yes.

 3        Q.   And who used the 3164 number?

 4        A.   Nicholas Horowitz.

 5        Q.   If you know, how long did Mr. Horowitz have the

 6   3164 number?

 7        A.   Maybe 2000.

 8        Q.   In 2012, was the 9515 number the primary phone

 9   number that you used?

10        A.   Yes, for business purposes.

11        Q.   And how about the -- so you mainly used the 9515

12   number in 2012 for business purposes.  How about in 2013,

13   what purpose was -- was that your main phone that you

14   used in 2013?

15        A.   It was converted to Nick's for his business in

16   the middle of 2012.

17        Q.   Okay.

18        A.   Roughly.  I'm not exactly sure on the dates.  I

19   mean, it's 2012 is when Nicholas Horowitz took over the

20   phone and used that as a business line.

21        Q.   Okay.  So just to make sure that I got this

22   right --

23        A.   Uh-huh.

24        Q.   -- and correct me if I don't have it right.

25             So in 2012, the 9515 number was a phone number
```

Page 24

1     that you had primarily been using?

2         A.   Correct.

3         Q.   And at some point during that same year in 2012,

4     Mr. Horowitz started using the 9515 number as his primary

5     phone number for business purposes?

6         A.   Correct.

7         Q.   Okay.  So -- so in 2013, Mr. Horowitz was also

8     using the 9515 phone number for business purposes?

9         A.   I don't know.  We broke up, so I don't know.

10    End of February or February, so I don't know -- I mean --

11    I don't know.

12        Q.   Okay.  Are those two phone numbers still on a

13    shared plan?

14        A.   I don't know.  Can I go back to what two numbers

15    are on the shared plan?

16        Q.   Yeah.

17        A.   I don't know.  I understand what you said, so I

18    don't know.

19             MR. WEAVER:  Just for the record, I wasn't sure

20    what the two numbers are.  This 9515.

21             THE WITNESS:  Yeah.

22             MR. WEAVER:  What's the other one?

23    BY MS. OHLENDORF:

24        Q.   So the first one was (760)822-1973.  So that

25    was --

                                              Page 25

1        A.   That was mine.

2        Q.   That's yours?

3        A.   And when I moved to Oregon in March, I changed

4    my phone number.

5        Q.   Okay.  So when you moved to Oregon in March of

6    2013?

7        A.   Yes.

8        Q.   Okay.  So in March of 2013 you changed your

9    phone number to which phone number?

10        A.   The (971)225-8258.

11        Q.   So starting in March of 2013, did you have any

12    access at all to the 9515 number?

13        A.   No.

14        Q.   So since, at that point in time, you told me

15    that the 95 -- and I'm still talking about March of

16    2013 -- the 9515 number was a wireless number, did you --

17    I assume that Mr. Horowitz just took the cell phone

18    associated with the 9515 number?

19        A.   I don't know what he -- I don't know.

20        Q.   Okay.  So is -- I mean, were you able to access

21    voice mails, for example, on the 9515 number following --

22        A.   No.

23        Q.   So you were not able to access voice mails on

24    the 9515 number after March of 2013?

25        A.   Correct.

Veritext Legal Solutions
866 299-5127

1      Q.  Were you able to answer any phone calls on the

2    9515 number after March 2013?

3      A.  No.

4      Q.  Did you receive any phone calls on the 9515

5    number after March 2013?

6      A.  I don't know.

7      Q.  Were you still getting bills for the 9515 number

8    at any time after March of 2013?

9      A.  I don't know.  I mean the bill's in my name, but

10   it went to Mr. Horowitz.

11     Q.  So when you say the bill was in your name but it

12   went to Mr. Horowitz, I'm assuming you're talking about

13   from March 2013 going forward?

14     A.  Okay.  We came to, you know, an agreement, our

15   divorce outline, and part of it was he would take care of

16   the cell phone bill for a year as the divorce, you know,

17   whatever.

18     Q.  Okay.  Were you ever officially married to

19   Mr. Horowitz?

20     A.  No.

21     Q.  Okay.  So when you say as part of the divorce,

22   it's just kind of --

23     A.  In general terms.  Sixteen years we were

24   together, so....

25     Q.  Got it.  Was anything written up as to how the

Page 27

```
 1          A.  In what time period?

 2          Q.  2013.

 3          A.  No.

 4          Q.  Do you remember talking to anyone at GC Services

 5     regarding your account in 2014?

 6          A.  No.

 7          Q.  Do you know if Mr. Horowitz called GC Services

 8     at any time regarding your QVC account?

 9          A.  I don't -- I don't recall.

10          Q.  Did you ever authorize Mr. Horowitz to call GC

11     Services about your account?

12          A.  Yes.

13          Q.  You did?  And when did you do that?

14          A.  I don't recall.

15          Q.  And why did you ask him -- did you ask him to

16     call GC Services for you?

17          A.  I don't recall.  I don't know.

18          Q.  You don't know?  Is there any reason why you

19     would have asked him to call GC Services for you?

20          A.  I don't know.  Can you rephrase that?

21          Q.  Sure.

22              Why did you have Mr. Horowitz call GC Services

23     on your behalf?

24          A.  To find out why they were calling.

25          Q.  Okay.  And why didn't you do that yourself?
```

Page 40

1         A.   'Cause he was dealing with -- I don't recall.  I
2    don't know.  I mean I -- I don't really understand the
3    question.
4         Q.   Okay.
5         A.   I gave him permission, and that's -- to call on
6    my behalf, and that's all I was aware.
7         Q.   Was there any sort of written agreement to that
8    effect?
9         A.   No.
10        Q.   When -- so you just had a conversation with him
11   about it?
12        A.   Yes.
13        Q.   And when did you have that conversation?
14        A.   I don't recall.  I can't make up a date, so I
15   don't recall.
16        Q.   Okay.  But it was sometime after you -- it was
17   sometime after you bought the computer from QVC, right?
18        A.   It was after, yes.  It would have been after.
19        Q.   Okay.  So it would have been sometime after
20   2012?
21        A.   No -- after '12, yeah.  I don't recall.  I don't
22   know.  I don't recall that.  Again, I'm kind of confused
23   on the question.  So when I say I just don't recall, I
24   don't know.
25        Q.   Okay.  Did you and -- so when you gave

                                                    Page 41

1    Mr. Horowitz permission to talk to GC Services about your

2    account, what kind of information did you give him, give

3    to Mr. Horowitz?

4        A.   I didn't -- I didn't have to give him any -- I

5    just said "You have my full consent to call and figure

6    out what's going on."   That's pretty much.

7        Q.   Did you give Mr. Horowitz any of your financial

8    information to make the call?

9        A.   My financial information?   No.

10       Q.   Did you give him Social Security numbers --

11       A.   No.

12       Q.   -- to make the call?

13            Does Mr. Horowitz have access to your Social

14   Security number or did he have access to your Social

15   Security number at any time?

16       A.   Yeah.

17       Q.   Yeah?   So while you were together, he knew your

18   Social Security number?

19       A.   I can't speak for him.   I don't know.   I don't

20   know if he knew it or not.

21       Q.   Okay.   Is that something that he would have had

22   access to?

23       A.   Yes.

24       Q.   And do you know if Mr. Horowitz actually made

25   any phone calls to GC Services about your account?

Page 42

1      I, the undersigned, a Certified Shorthand Reporter

2  of the State of California, do hereby certify:

3      That the foregoing proceedings were taken before me

4  at the time and place herein set forth; that any

5  witnesses in the foregoing proceedings, prior to

6  testifying, were administered an oath; that a record of

7  the proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction; that

9  the foregoing transcript is a true record of the

10  testimony given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings review of the

14  transcript {X} was { } was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or any party to this action.

18      IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20

21  Dated: January 30, 2016

22

23

24              *Joanne M. Farrell*

25          Joanne M. Farrell, CSR No. 4838

Page 53

# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3  NICHOLAS HOROWITZ, an          )
    individual, and CHAD HAMBY,    )
 4  an individual,                 )
                                   )
 5            Plaintiffs           )
                                   )
 6            vs.                  )   14-cv-02512-MMA-RBB
                                   )
 7  GC SERVICES LIMITED            )
    PARTNERSHIP, a Delaware        )
 8  limited partnership doing      )
    business in California,        )
 9                                 )
              Defendants           )
10  _____)
11
12        Deposition of Nicholas Alexander Horowitz
13              San Francisco, California
14             Monday, January 25, 2016
15
16
17
18
19
20
21  Reported by:
22  JOANNE M. FARRELL, RPR, CRR
23  CSR Nos. 4838(CA)  506(HI)  507(NM)
24  Job No. 2192286
25  Pages 1 - 73

                                          Page 1
```

1          A.   No.

2          Q.   No?   Have you ever owed any unpaid balances to

3     QVC?

4          A.   No, not me that I know of.

5          Q.   So we are here because you're alleging that GC

6     Services placed phone calls to a phone

7     number (760)757-9515, correct?

8          A.   Yes.

9          Q.   And is that presently your phone number?

10          A.   Yes.

11          Q.   And is that presently a wireless phone number?

12          A.   Yes.

13          Q.   How long have you had that phone number?

14          A.   So the heritage of the number is it was -- Chad

15     and I originally got the number when we moved into the

16     Sophia Way house in 2002.

17          Q.   Okay.

18          A.   And it was from Pac Bell.

19          Q.   Okay.

20          A.   It was a landline.   Somewhere in there we might

21     have moved it to Cox, but it was still a landline.   And

22     then when we broke up and moved out of Sophia, that

23     number got ported over to Verizon in, I think it was

24     March.   I want to say March '13; 2013 March.

25          Q.   And March 2013 is when you broke up with

Page 16

1    Mr. Hamby and --

2         A.   Yes.

3         Q.   -- the two of you moved out of Sophia Way?

4         A.   Yes.

5         Q.   In Oceanside?

6         A.   Correct.

7         Q.   Do you have any documentations regarding the

8    porting of that number from landline to wireless?

9         A.   I think we have a bill.  I don't know.  I'm

10   pretty sure there's a Verizon bill that you can see the

11   proration from the start date for the first month of

12   service.  There's definitely one that shows the first

13   full month.  I think it was May.

14        Q.   Okay.

15        A.   Which was before the phone calls in question

16   here.

17        Q.   Okay.  So there's a -- there would be phone

18   bills that reflect that the 9515 number -- and just for

19   sake of clarity, I'm going to refer to (760)757-9515 as

20   the 9515 number --

21        A.   Yes.

22        Q.   -- is that okay?

23             So there would have been bills from Verizon that

24   were prior to March 2013 that reflect that the 9515

25   number is a landline number?

                                        Page 17

```
 1          A.   No, those --
 2               MR. WEAVER:   Objection.   Misstates testimony.
 3               Go ahead.
 4               THE WITNESS:   Those would have been from the
 5      landline provider, which would have been AT&T U-verse.
 6      BY MS. OHLENDORF:
 7          Q.   So prior to March 2013, the 9515 number was with
 8      AT&T U-verse?
 9          A.   Yes.
10          Q.   Okay.   And then after March 2013, the 9515
11      number was switched over to service with Verizon
12      Wireless?
13          A.   Yes.
14          Q.   And do you have any copies of the bills from
15      AT&T U-verse for the 9515 number?
16          A.   Not anymore.
17          Q.   Would those still be in the possession of AT&T?
18          A.   Calls for speculation, but I'm going to say we
19      can probably get them from them, yes.
20          Q.   Okay.
21          A.   You probably dealt with them more, but they have
22      records for seven years if you subpoena them.
23          Q.   Do you have -- do you still have online access
24      to your accounts at AT&T U-verse?
25          A.   No.   That all shuts down when the service gets
```

Page 18

```
 1   disconnected.
 2        Q.  And how did you -- did you make the request to
 3   change the 9515 number to -- from landline to wireless or
 4   did Mr. Hamby make that request?
 5        A.  I don't remember.
 6        Q.  When the 9515 number was with AT&T, were those
 7   bills in your name --
 8        A.  Yes.
 9        Q.  -- or --
10            MR. WEAVER:  Let her finish her question before
11   you answer.
12            THE WITNESS:  Sorry.  Go ahead.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 19

```
 1    BY MS. OHLENDORF:
 2         Q.   Were those bills in your name or Mr. Hamby's
 3    name?
 4         A.   My name.
 5         Q.   So it wasn't joint, it was just only your
 6    name --
 7         A.   Yes.
 8         Q.   -- while it was with AT&T?
 9              And then when it went to Verizon Wireless, the
10    9515 number was in Mr. Hamby's name?
11         A.   The account was in Mr. Hamby's name, yes.
12         Q.   Okay.  So just to make sure I have this clear,
13    the Verizon account that was associated with the 9515
14    number was in Mr. Hamby's name, correct?
15         A.   Yes.
16         Q.   Okay.  And then when the 9515 number was with
17    AT&T, it was in your name?
18         A.   Yes.
19         Q.   Okay.  And did you guys -- did you and Mr. Hamby
20    just split the bills for the phone use 50-50 for the 9515
21    number?
22         A.   With U-verse?  Or which vendor or in general?
23         Q.   Let's say just in general for right now.
24         A.   There wasn't an arrangement like that.  We had a
25    joint checking account.  All our money that we earned
```

Page 20

```
 1    BY MS. OHLENDORF:

 2         Q.  Okay.

 3         A.  -- and this might be her number.  But this is an

 4    old number of hers.  I don't have it in my contacts

 5    anymore so I can't verify it.  But my hunch is it says

 6    "voice" down here, so it's possible it's her number and

 7    not an iPad.

 8         Q.  Okay.

 9         A.  I need to see the full bill.

10         Q.  Okay.  And then if you flip to Plaintiffs'

11    00013.

12         A.  Yes.

13         Q.  And that is the beginning of the summary for

14    Chad Hamby (760)757-9515?

15         A.  Correct.

16         Q.  At this point in time, since the bill is from

17    July 16 to August 15, was Mr. Hamby still using the phone

18    at this time?

19         A.  No.

20         Q.  No?  It just still says "Chad Hamby" on it?

21         A.  Yeah.  Verizon is really bad about getting the

22    names correct on the different lines because they don't

23    really care about it.  So sometimes they will just repeat

24    it or have the wrong ones or....

25         Q.  Okay.  But at this point in time, Mr. Hamby
```

Page 24

1    wasn't using this phone?

2         A.   No.   It was physically impossible for him to

3    even use it.

4         Q.   Why is that?

5         A.   'Cause -- so this phone number was on a special

6    service that they called Home Phone Connect --

7         Q.   Okay.

8         A.   -- and it's a box that they give you and it has

9    an antenna on it, and it connects the -- routes the calls

10   through the cellular network, but then it gives you a

11   regular RJ 11 jack that you can plug a rotary phone into.

12   So it basically simulates dial tone.   It will pick it up

13   your dialing and route it over the cellular network.

14        Q.   Okay.   I'm a little bit confused by that.

15        A.   So the cell companies decided to compete for the

16   landline business, right?

17        Q.   Okay.

18        A.   So they came out with the -- they all had it,

19   AT&T, Verizon, they all had this box for $20 a month --

20        Q.   Okay.

21        A.   -- that would replace your home phone --

22        Q.   Okay.

23        A.   -- but it actually routed all the calls over the

24   cellular network.

25        Q.   Okay.   So if I understand correctly what you're

Page 25

1     telling me is that the 9515 number was actually still

2     routing through a landline?

3          A.   No.

4          Q.   No?

5          A.   It was routing through Verizon's cellular

6     network.

7          Q.   By use of this box?

8          A.   Yes.

9          Q.   Okay.   So --

10         A.   What this box doesn't let you connect -- instead

11    of using a cell phone, you could connect a traditional,

12    you know, phone, which you would call a home phone in

13    there.

14         Q.   Okay.

15         A.   And then it has technology and it will route the

16    calls over the Verizon cell network.

17         Q.   Got it.   Okay.   And at this point in time from

18    July 16th to August 15th, 2013, that box was located with

19    you?

20         A.   Yes, in my apartment in Mill Valley.

21         Q.   And was there, like, a handset or anything like

22    a cellular phone that was associated with the 9515 number

23    at this time?

24         A.   No.  It's just this box.

25         Q.   It's just the box?

Page 26

```
 1        A.   Uh-huh.

 2        Q.   Was there any way for Mr. Hamby to access the

 3   voice mails for the 9515 number at this time?

 4        A.   No, 'cause I -- no.

 5        Q.   And how did you receive the voice mails on this

 6   phone?

 7        A.   There it is.  Okay.  So I actually use this

 8   third party voice mail service.  It's called YouMail.

 9        Q.   Okay.

10        A.   And as you can see, it sends you a nice e-mail

11   message with the MP3 file so it's all preserved and you

12   don't lose it.

13        Q.   Okay.

14        A.   But consequently, there's no way Mr. Hamby could

15   have gotten these messages because they came to me.

16        Q.   Okay.  And did you forward any of these messages

17   to Mr. Hamby?

18        A.   No.

19        Q.   No?  Okay.  And if I could have you flip to

20   page 000037.

21        A.   Okay.

22        Q.   And at the top of that page, it says "Summary

23   for Nick Horowitz" --

24        A.   Yes.

25        Q.   -- "Redacted - 3164"?
```

Page 27

1       Q.   Okay.  So you need to take these back.

2            So you mentioned that you called GC Services

3    back a couple days after you received those phone calls

4    in July of 2013.  Do you remember, did you speak to

5    anyone?

6       A.   No.  They were closed.

7       Q.   Okay.  Did you try again after that?

8       A.   I don't remember.

9       Q.   Do you remember speaking to anyone at GC

10   Services in the year 2013?

11      A.   I don't recall.

12      Q.   What phone number did you call GC Services from?

13      A.   From?

14      Q.   Yes.

15           MR. WEAVER:  Calls for speculation.

16           THE WITNESS:  I really don't remember.

17   BY MS. OHLENDORF:

18      Q.   Does the 9515 number make outgoing calls through

19   the box?

20      A.   Yes.

21      Q.   Did you make any calls to GC Services from the

22   box?

23      A.   I really don't remember.

24      Q.   And was the 9515 number the primary phone that

25   you were using in 2013?

                                           Page 33

```
 1          I, the undersigned, a Certified Shorthand Reporter
 2    of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken before me
 4    at the time and place herein set forth; that any
 5    witnesses in the foregoing proceedings, prior to
 6    testifying, were administered an oath; that a record of
 7    the proceedings was made by me using machine shorthand
 8    which was thereafter transcribed under my direction; that
 9    the foregoing transcript is a true record of the
10    testimony given.
11          Further, that if the foregoing pertains to the
12    original transcript of a deposition in a Federal Case,
13    before completion of the proceedings review of the
14    transcript {X} was { } was not requested.
15          I further certify I am neither financially
16    interested in the action nor a relative or employee of
17    any attorney or any party to this action.
18          IN WITNESS WHEREOF, I have this date subscribed my
19    name.
20    Dated: January 30, 2016
21
22
23
24                      Joanne M. Farrell
25                      Joanne M. Farrell, CSR No. 4838

                                            Page 73
```

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA DISTRICT

NICHOLAS HOROWITZ, an          )
individual, and CHAD HAMBY,    )
an individual,                 )
                               )
          Plaintiffs,          )
                               )
vs.                            )  CASE NO. 14-cv-02512-MMA-RBB
                               )
GC SERVICES LIMITED            )
PARTNERSHIP, a Delaware        )
limited partnership doing      )
business in California,        )
                               )
          Defendants.          )

ORAL DEPOSITION
BRAD BATIG
APRIL 15, 2016

     ORAL DEPOSITION OF BRAD BATIG, produced as a witness
at the instance of the Plaintiffs and duly sworn, was
taken in the above-styled and numbered cause on the 15th
day of April, 2016, from 8:56 a.m. to 10:56 a.m., before
Anne F. Sitka, Certified Shorthand Reporter in and for the
State of Texas, reported by computerized stenotype machine
at the offices of Crowne Plaza Suites, 9090 Southwest
Freeway, Houston, Texas 77074, pursuant to the California
Rules of Civil Procedure and the provisions stated on the
record or attached hereto.

**Brad Batig - 4/15/2016**

1     A.    Since I joined GC in July of 2009.

2     Q.    So, you just had duties added?

3     A.    Correct.

4     Q.    What are your duties as the chief compliance

5  officer?

6     A.    The primary duty is to head our corporate

7  compliance department, which was created really to fulfill

8  our obligations to have a compliance management system for

9  the CFPD regulations; and so, it's all things about

10 building the infrastructure we need as well as carrying

11 out the monitoring activities to ensure that we are

12 complying with all applicable laws to our collection

13 activities.

14    Q.    And that would primarily be the FDCPA?

15    A.    FDCPA, but the other laws that are regulated by

16 the CFPD; so, it could be the FCRA, some of the other laws

17 that apply to our clients as well and companion state

18 laws.

19    Q.    And as counsel what are your duties?

20    A.    As counsel compliance is really the full-time

21 operation now.  It's just I'm still an attorney.  So, it

22 helps to have, I think, the attorney; and there's

23 definitely a separation between the law department and the

24 compliance department.  But it helps, I think, to still

25 have that legal training because one of the keys to having

CONFIDENTIAL - Brad Batig - 4/15/2016

```
 1                    REPORTER'S CERTIFICATE
 2                 ORAL DEPOSITION OF BRAD BATIG
 3                      APRIL 15, 2016
 4
 5      I, the undersigned Certified Shorthand Reporter in and
 6   for the State of Texas, certify that the facts stated in
 7   the foregoing pages are true and correct.
 8      I further certify that I am neither attorney or
 9   counsel for, related to, nor employed by any parties to
10   the action in which this testimony is taken and, further,
11   that I am not a relative or employee of any counsel
12   employed by the parties hereto or financially interested
13   in the action.
14      SUBSCRIBED AND SWORN TO under my hand and seal of
15   office on this the _____ day of _____,
16   _____.
17
18
19
20
21   _____
22   Anne F. Sitka, CSR, RPR
     Texas CSR 7079
23   Expiration:  12/31/2016
     SHELBURNE SHERR COURT REPORTER
24   501 West Broadway, Suite 1330
     San Diego, CA 92101
25
```

SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100
www.sscourtreporters.com

Ex. C
Pg. 34

# EXHIBIT D

# THIS "CONFIDENTIAL" EXHIBIT IS FILED PROVISIONALLY UNDER SEAL

# EXHIBIT E

# REDACTED

-------- Original Message --------
Subject: VM from (760) 979-5306
From: "(760) 979-5306 (YouMail)" <voicemail@youmail.com>
Date: Sat, July 20, 2013 8:03 am
To: nhorowitz@axeus.com



New Voicemail Message

(760) 979-5306

Add New
Contact

called:
(760) 757-9515
Sat Jul 20, 2013 at 8:03 AM
PDT
15 seconds

## Play Message

Share:

Terms of Use  |  Privacy Policy

© 2006-2013 YouMail, Inc.

This e-mail optimized for display on Android phones. Change this preference

# EXHIBIT F

# THIS "CONFIDENTIAL" EXHIBIT IS FILED PROVISIONALLY UNDER SEAL

# EXHIBIT G

| Summary | |
|---|---|

**Client** GC Services
**Call Center** San Antonio (3760)
**Phone Dialed** 7607579515
**Start Date** 07/01/2013
**End Date** 07/31/2013

| Results | |
|---|---|

| Skill | Name | Account |
|---|---|---|
| SAN-QVC-PV-7492 | Chad Hamby | 3227209 |
| SAN-QVC-PV-7492 | Chad Hamby | 3227209 |
| SAN-QVC-PV-7492 | Chad Hamby | 3227209 |

GC0003

| Phone | Agent | Session |
|---|---|---|
| 7607579515 | GC3760187427 | UC431AT51E5B3FD |
| 7607579515 | GC3760187428 | U18B2F1T51E825DB |
| 7607579515 | GC3770186688 | U24006AT51EAA6B7 |

GC0004

| Date | Transfer Connect | Transfer End |
|---|---|---|
| Tue Jul 16 2013 | 4:58:41 PM | 4:59:09 PM |
| Thu Jul 18 2013 | 1:29:05 PM | 1:29:33 PM |
| Sat Jul 20 2013 | 11:03:23 AM | 11:03:48 AM |

GC0005

| Transfer Connect Duration | Campaign | Outcome |
|---|---|---|
| 28 | SAN_P_20130716_7492023024 | AGENT - Left Message Machine |
| 28 | SAN_P_20130718_7492023089 | AGENT - Left Message Machine |
| 25 | SAN_P_20130720_7492023122 | AGENT - Left Message Machine |

GC0006

**Sound File**                    **Download**

GC0007

# EXHIBIT H

JOHNSON & WEAVER, LLP
Brett M. Weaver, Esq. (SBN 204715)
Landon Lerner, Esq. (SBN 268093)
600 West Broadway, Suite 1540
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
E-mail: brettw@johnsonandweaver.com
E-mail: landonl@johnsonandweaver.com

*Attorneys for Plaintiffs*
*Nicholas Horowitz & Chad Horowitz*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HOROWITZ, an individual, and CHAD HAMBY, an individual, | Case No.:  14-cv-02512-MMA-RBB |
| Plaintiffs, | **NICHOLAS HOROWITZ'S RESPONSES TO INTERROGATORIES (SET ONE)** |
| v. | |
| GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership doing business in California, | Trial Date:   October 25, 2016 |
| Defendant. | |

PROPOUNDING PARTY:        GC Services Limited Partnership ("GCS")

RESPONDING PARTY:        Nicholas Horowitz ("Horowitz")

SET NO.:        One

## PRELIMINARY STATEMENT

Each response to the Interrogatories is based on Horowitz's current knowledge, understanding, or belief regarding the subject matter addressed through each Interrogatory.  Further, each of Horowitz's responses is based on Horowitz's understanding of each individual Interrogatory.  Horowitz is making a good-faith effort to respond to these Interrogatories and is responding as he interprets and understands them.  If GCS subsequently asserts an interpretation

1

**RESPONSE TO INTERROGATORY NO. 3:**

Objection: compound.  This Interrogatory asks multiple questions about multiple conversations.  Based on this objection, and the General Objections, Horowitz will not respond to this Interrogatory as written.

INTERROGATORY NO. 4:

Identify all physical locations and telephone numbers from where YOU contacted GCS.

**RESPONSE TO INTERROGATORY NO. 4:**

Subject to and without waiving the General Objections, Horowitz responds as follows:

Horowitz recalls making some of his phone calls to GCS from his home in Mill Valley, California using the telephone number (760) 757-9515.  Horowitz also recalls making some of the phone calls using his mobile phone – telephone number (760) 822-3164.  Horowitz does not know the exact physical locations where he was when he made these mobile calls.

INTERROGATORY NO. 5:

Identify all of YOUR telephone numbers that YOU allege GCS called.

**RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiving the General Objections, Horowitz responds as follows:

(760) 979-9515.

INTERROGATORY NO. 6:

For each telephone number identified in response to Interrogatory No. 5, please state the date that telephone number was assigned to YOU.

**RESPONSE TO INTERROGATORY NO. 6:**

Subject to and without waiving the General Objections, Horowitz responds as follows:

1    In approximately April 2002, Horowitz obtained the telephone number

2    (760) 979-9515 from Pac-Bell.  On or about March 28, 2013, that number was

3    ported to Hamby's cellular account with Verizon Wireless.

4    INTERROGATORY NO. 7:

5    For each telephone number identified in response to Interrogatory No. 5,

6    please identify the carrier for that telephone number by name, address, and

7    telephone number.

8    **RESPONSE TO INTERROGATORY NO. 7:**

9    Subject to and without waiving the General Objections, Horowitz responds

10   as follows:

11   1) Pac-Bell
         Current contact information unknown.
12

13   2) Verizon Wireless
         PO Box 4005
14       Acworth, GA 30101-9006
         (800) 922-0204

15

16   INTERROGATORY NO. 8:

17   Please describe in detail all instances where YOU have received

18   communications from individuals and/or entities within the previous five years

19   regarding alleged unpaid, outstanding account balances on any type of account.

20   **RESPONSE TO INTERROGATORY NO. 8:**

21   Objections: compound; vague and ambiguous as to time; overbroad;

22   harassing; not relevant nor reasonably calculated to lead to the discovery of

23   admissible evidence; and invades Horowitz's right of privacy.

24   Based on these objections, and the General Objections, Horowitz refuses

25   to respond to this Interrogatory.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

I, Nicholas Horowitz, declare that, I have read the foregoing document entitled **NICHOLAS HOROWITZ'S RESPONSES TO INTERROGATORIES (SET ONE)** and know its contents. The responses were prepared by my attorneys and, to the best of my knowledge, information, and belief, are true and correct subject to inadvertent or undiscovered errors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 11 , 2016        By: _Nicholas Horowitz_
                                            Nicholas Horowitz

# EXHIBIT I

1   Renee Choy Ohlendorf (SBN 263939)
    rchoy@hinshawlaw.com
2   HINSHAW & CULBERTSON LLP
    One California Street, 18th Fl.
3   San Francisco, CA  94111
    Tel:   (415) 362-6000
4   Fax:   (415) 834-9070

5   Attorneys for Defendant GC Services Limited
    Partnership

6

7

8              **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10                **SAN DIEGO DIVISION**

| | |
|---|---|
| 11  Nicholas Horowitz, an individual, and Chad<br>12  H. Hamby, an individual, | Case No  3:14-cv-02512-MMA-RBB<br>(Assigned to the Honorable Judge<br>Michael M. Anello, Ctrm. 3A) |
| 13            Plaintiff, | **DEFENDANT GC SERVICES'** |
| 14     vs. | **RESPONSES TO PLAINTIFF**<br>**CHAD HAMBY'S REQUESTS** |
| 15  GC Services Limited Partnership; Ruby<br>Cisneros, an individual; Does 1-100,<br>16  inclusive,, | **FOR ADMISSIONS, SET ONE**<br><br>Action Removed:  10/21/14 |
| 17           Defendant. | |

18   Propounding Party:     Plaintiff Chad Hamby

19   Responding Party:     Defendant GC Services Limited Partnership

20   Set Number:          One

21      Pursuant to California Code of Civil Procedure § 2033.210 *et seq.*, defendant

22   GC Services Limited Partnership ("Defendant") hereby responds to the first set of

23   requests for admissions from plaintiff Chad Hamby ("Plaintiff"), as follows:

24                 **REQUESTS FOR ADMISSIONS**

25   **REQUEST FOR ADMISSION NO. 1**

26      Please admit that HAMBY is a "consumer" as defined at 15 U.S.C. § 1692a(3).

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 1**

28      Objection, this request is vague and ambiguous.  Subject to and without waiver

1

DEFENDANT GC SERVICES' RESPONSES TO PLAINTIFF CHAD HAMBY'S REQUESTS FOR ADMISSIONS,<br>SET ONE – Case No. 3:14-CV-02512-MMA-RBB

**Ex. I**
**Pg. 75**

1   of said objections, after a reasonable inquiry, the information known or readily

2   available to Responding Party is insufficient to enable Responding Party to admit or

3   deny this request.

4   **REQUEST NO. 2**

5       Please admit that the obligation allegedly due to the QVC shopping television

6   channel is a "consumer debt" as defined at 15 U.S.C. § 1692a(5).

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

8       Objection, this request is vague and ambiguous.  Subject to and without waiver

9   of said objections, after a reasonable inquiry, the information known or readily

10  available to Responding Party is insufficient to enable Responding Party to admit or

11  deny this request.

12  **REQUEST NO. 3**

13      Please admit that GCS for ALL time periods relevant to the complaint filed in

14  this matter and is presently engaged in the business of collecting consumer debts and

15  regularly attempts and collects consumer debts allegedly owed to another and is a

16  "debt collector" as defined at 15 U.S.C. § 1692a(6).

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

18      Objection, this request is compound, vague and ambiguous, and overbroad in

19  time and scope, is not relevant to the claims or defenses of any party to this lawsuit,

20  and is not proportional to the needs of this case, as the term "GCS" is defined as

21  "Defendant GC Services, and any of its past or present agents, employees,

22  representatives, attorneys, accountants, investigators, assigns, predecessors-in-interest,

23  successors-in-interest, or anyone else acting on behalf of GC Services."  Subject to

24  and without waiver of said objections, after a reasonable inquiry, the information

25  known or readily available to Responding Party is insufficient to enable Responding

26  Party to admit or deny this request.

27  **REQUEST NO. 4**

28      Please admit that YOU use an AUTODIALER when contacting consumers in

2

DEFENDANT GC SERVICES' RESPONSES TO PLAINTIFF CHAD HAMBY'S REQUESTS FOR ADMISSIONS,
SET ONE – Case No. 3:14-CV-02512-MMA-RBB

# EXHIBIT J

1  JOHNSON & WEAVER, LLP
   Brett M. Weaver, Esq. (SBN 204715)
2  Landon Lerner, Esq. (SBN 268093)
   600 West Broadway, Suite 1540
3  San Diego, CA  92101
   Telephone: (619) 230-0063
4  Facsimile: (619) 255-1856
   E-mail: brettw@johnsonandweaver.com
5  E-mail: landonl@johnsonandweaver.com

6  *Attorneys for Plaintiffs*
   *Nicholas Horowitz & Chad Hamby*
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 NICHOLAS HOROWITZ, an          Case No.: 14-cv-02512-MMA-RBB
   individual, and CHAD HAMBY, an
11 individual,                    **CHAD HAMBY'S RESPONSES TO
                                  INTERROGATORIES (SET ONE)**
12           Plaintiffs,

13      v.                        Trial Date:   October 25, 2016

14 GC SERVICES LIMITED
   PARTNERSHIP, a Delaware limited
15 partnership doing business in
   California,
16
             Defendant.
17

18

19 PROPOUNDING PARTY:      GC Services Limited Partnership ("GCS")

20 RESPONDING PARTY:       Chad H. Hamby ("Hamby")

21 SET NO.:                One

22            **<u>PRELIMINARY STATEMENT</u>**

23      Each response to the Interrogatories is based on Hamby's current

24 knowledge, understanding, or belief regarding the subject matter addressed

25 through each Interrogatory.  Further, each of Hamby's responses is based on

26 Hamby's understanding of each individual Interrogatory.  Hamby is making a

27 good-faith effort to respond to these Interrogatories and is responding as he

28 interprets and understands them.  If GCS subsequently asserts an interpretation

1

INTERROGATORY NO. 23:

State whether YOU have ever been convicted of a crime punishable by imprisonment in excess of one year, or a crime involving dishonesty or false statement.

**RESPONSE TO INTERROGATORY NO. 23:**

Objection: vague and ambiguous as to time. Further, under Federal Rule of Evidence 609(b), evidence of a conviction more than ten years old is not admissible. Thus, this Interrogatory, as currently written, seeks information that is not relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection, and the General Objections, Hamby responds as follows:

No.

INTERROGATORY NO. 24:

State the purpose for which YOU purchased the Dell computer from QVC.

**RESPONSE TO INTERROGATORY NO. 24:**

Subject to and without waiving the General Objections, Hamby responds as follows:

Hamby purchased the Dell computer for his brother as a gift.

INTERROGATORY NO. 25:

Identify all phone numbers which YOU provided to QVC in connection YOUR purchase of the Dell computer.

/ / /

/ / /

/ / /

**RESPONSE TO INTERROGATORY NO. 25:**

Subject to and without waiving the General Objections, Hamby responds as follows:

Hamby does not specifically recall what, if any, phone numbers he provided to QVC.


Dated: January 11, 2016                              JOHNSON & WEAVER, LLP

                                              By: _____
                                                    BRETT M. WEAVER

                                                    Brett M. Weaver (SBN 204715)
                                                    Landon Lerner (SBN 268093)
                                                    600 West Broadway, Suite 1540
                                                    San Diego, CA  92101
                                                    Telephone: (619) 230-0063
                                                    Facsimile: (619) 255-1856

                                                    *Attorney for Plaintiffs*
                                                    *Nicholas Horowitz &*
                                                    *Chad Hamby*

1

## **VERIFICATION**

2      I, Chad Hamby, declare that, I have read the foregoing document entitled

3 **CHAD HAMBY'S RESPONSES TO INTERROGATORIES (SET ONE)**

4 and know its contents. The responses were prepared by my attorneys and, to the

5 best of my knowledge, information, and belief, are true and correct subject to

6 inadvertent or undiscovered errors.

7      I declare under penalty of perjury under the laws of the State of California

8 that the foregoing is true and correct.

9

10 Dated: January ___, 2016        By:

11

12                                              Chad Hamby

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16
CHAD HAMBY'S RESPONSES TO INTERROGATORIES (SET ONE);
Case No.: 14-cv-02512-MMA-RBB

# EXHIBIT K

 GC Services™ Limited Partnership

⌂ **Home** | 🖂 **Contact Us** | 💳 **Make a Payment**      Search...

Home      About Us      Accounts Receivable Management      Customer Care Services



**Home**

**About Us**

**Accounts Receivable Management**

   **First Party Receivables**

   **Third Party Receivables**

     Industries Served

     Brochure

**Customer Care Services**

Home      Accounts Receivable Management      Third Party Receivables

## Third Party Receivables Management

GC Services is the largest private collection agency in the United States, with domestic ownership and extensive experience on third party collection programs. Since GC Services' inception in 1957, we have been dedicated to a customized operational approach for each and every collection program, which results in superior performance and proven expertise. We are committed to upholding the most stringent of industry standards and guidelines; as such, our ethical commitment adheres to not only the letter of any applicable laws, but the spirit of those laws too. Our third party receivables management solutions include:

**Post Charge-Off Collections:** We effectively work older accounts in later stages of delinquency, including those accounts typically labeled "bad debt," or debt that has been worked at least once initially through internal collection efforts.

**Skiptracing Services:** We merge innovative technologies and sources with proven skiptracing techniques to maximize recoveries on behalf of our clients. By paying equal attention to the science (using technology and multiple data sources to generate leads) and art (training our representatives and applying technologies) of skiptracing, we offer state-of-the-art locate capabilities and superior results.

Copyright (c) 2016 GC Services Limited Partnership

Privacy Policy      |      Site Map      |      Make a Payment

  

**Ex. K**

**Pg. 83**

# EXHIBIT L

# THIS "CONFIDENTIAL" EXHIBIT IS FILED PROVISIONALLY UNDER SEAL

# EXHIBIT M

| | | | | Search Result List | | | | |
|---|---|---|---|---|---|---|---|---|
| Court | Docket Number | Description | Participant | Filed | Date Retrieved | Active or Closed | Identification |
| U.S. District - California Eastern | 2:16cv940 | Berghouse V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 05/03/2016 | 05/04/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fed Question: Fed Communications Act of 1934 |
| U.S. District - California Eastern | 2:16at519 | Berghouse V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 05/03/2016 | 05/03/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fed Question: Fed Communications Act of 1934 |
| U.S. District - New York Eastern | 2:16cv2185 | Tesoriero V. Gc Services Limited Partnership | Gc Services Limited Partnership | 05/02/2016 | 05/02/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Western | 1:16cv414 | Mcdonald V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/26/2016 | 04/26/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Arizona | 2:16cv1236 | Kirkpatrick V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/26/2016 | 04/27/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Illinois Northern | 1:16cv4525 | Jackson V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/21/2016 | 04/21/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - West Virginia Southern | 3:16cv3764 | Cobb V. Gc Services, Lp | Gc Services LP | 04/20/2016 | 05/12/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Ohio Northern | 1:16cv904 | Spencer-Dey V. G.C. Services | Gc Services | 04/18/2016 | 04/18/2016 | Closed | NOS: (140) Negotiable Instrument; Cause: Fed. Question |
| U.S. District - New York Southern | 1:16cv2756 | Kedelins V. Gc Services, Lp | Gc Services LP | 04/13/2016 | 04/13/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - New York Southern | 1:16cv2753 | Felderbaum V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/13/2016 | 04/13/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - New York | 7:16cv2753 | Felderbaum V. Gc Services | Gc Services Limited | 04/13/2016 | 04/14/2016 | Active | NOS: (890) Other Statutory |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Southern | | Limited Partnership | Partnership | | | | Actions; Cause: Notice of Removal |
| U.S. District - California Central | 2:16cv2449 | Jonathan Kesselman V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 04/11/2016 | 05/16/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Violation of Telephone Consumer Protection Act |
| U.S. District - Florida Middle | 8:16cv839 | Cuevas V. Gc Services, Lp | Gc Services LP | 04/07/2016 | 04/08/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:16cv928 | Welch V. Conn Credit Et Al | Gc Services Limited Partnership | 04/06/2016 | 04/06/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Credit Reporting Act |
| U.S. District - Florida Middle | 8:16cv803 | Dickens V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/04/2016 | 04/05/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 3:16cv86 | Petry V. Gc Services, L.P. | Gc Services LP | 04/04/2016 | 04/04/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Wisconsin Western | 3:16cv201 | Marso, Donald V. Gc Services, Lp | Gc Services LP | 03/30/2016 | 03/30/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - North Carolina Eastern | 4:16cv33 | Wood V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/29/2016 | 03/30/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 2:16cv11014 | Head V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/18/2016 | 03/18/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Florida Southern | 0:16cv60523 | Lucoff V. Gc Services, Lp | Gc Services LP | 03/15/2016 | 03/15/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Western | 1:16cv266 | Green V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/14/2016 | 03/14/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Use of electronic systems to transfer funds |
| U.S. District - New York Eastern | 1:16cv1234 | Roth V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/11/2016 | 03/14/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. District - Florida Middle | 8:16cv539 | Jones V. Gc Services, Lp Et Al | Gc Services LP | 03/07/2016 | 03/08/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Indiana Southern | 1:16cv478 | Neal V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 02/29/2016 | 04/30/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Maine | 2:16cv104 | Archambault V. Gc Services Limited Partnership | Gc Services Limited Partnership | 02/22/2016 | 02/23/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Wisconsin Eastern | 2:16cv137 | Kowalewski V. Gc Services Limited Partnership | Gc Services Limited Partnership | 02/09/2016 | 02/09/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - North Carolina Western | 3:16cv62 | Singh V. Gc Services International, Llc Et Al | Gc Services International Llc | 02/05/2016 | 02/05/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Minnesota | 0:16cv254 | Jackson V. Gc Services, L.P. | Gc Services LP | 02/03/2016 | 02/03/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:16cv509 | Sanchez V. Gc Services Limited Partnership | Gc Services Limited Partnership | 02/01/2016 | 02/01/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:16cv506 | Pelaez V. Gc Services Limited Partnership | Gc Services Limited Partnership | 02/01/2016 | 02/01/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 2:16cv472 | Kahn V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 01/27/2016 | 02/01/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Florida Middle | 6:16cv97 | Hammer V. Gc Services Limited Partnership | Gc Services Limited Partnership | 01/21/2016 | 01/21/2016 | Active | NOS: (480) Consumer Credit; Cause: Notice of Removal - Fair Credit Reporti |
| U.S. District - California Central | 2:16cv132 | Collins V. Gc Services, Lp | Gc Services LP | 01/07/2016 | 01/07/2016 | Closed | NOS: (790) Labor Litigation; Cause: Diversity-Employment Discrimination |
| U.S. District - California Central | 2:16cv129 | Collins V. Gc Services, Lp | Gc Services LP | 01/07/2016 | 01/07/2016 | Closed | NOS: (790) Labor Litigation; Cause: Diversity-Employment Discrimination |

| Court | Case No. | Case Name | Defendant | Filed | Closed/Updated | Status | NOS/Cause |
|---|---|---|---|---|---|---|---|
| U.S. District - Missouri Eastern | 4:16cv12 | Krause V. Gc Services, Lp | Gc Services LP | 01/06/2016 | 01/06/2016 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:15cv7449 | Guerrero V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/23/2015 | 04/05/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:15cv6103 | Guerrero V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/23/2015 | 01/05/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 1:15cv7325 | Guerrero V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/23/2015 | 12/23/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Illinois Northern | 1:15cv11340 | Geleerd, Jr. V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/16/2015 | 02/20/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 1:15cv7030 | Jeanbaptiste V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/09/2015 | 12/10/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 5:15cv2461 | Jay V. Nissan Motor Acceptance Corporation Et Al | Gc Services Limited Partnership | 12/02/2015 | 12/02/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Eastern | 4:15cv1771 | Njoku V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/01/2015 | 12/01/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Petition to Vacate Arbitration Award |
| U.S. District - Connecticut | 3:15cv1727 | Martin V. Gc Services Limited Partnership | Gc Services Limited Partnership | 11/23/2015 | 11/23/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Connecticut | 3:15cv1720 | Korlou Et Al V. Gc Services, L.P. Et Al | Gc Services LP | 11/22/2015 | 11/22/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Florida Middle | 6:15cv1917 | Clark V. Gc Services Limited Partnership | Gc Services Limited Partnership | 11/12/2015 | 11/13/2015 | Active | NOS: (480) Consumer Credit; Cause: Notice of Removal - Fair Credit Reporti |
| U.S. District - California Central | 2:15cv8781 | Vafaee V. Gc Services, L.P. | Gc Services LP | 11/10/2015 | 11/10/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |

Ex. M
Pg. 97

| U.S. District - Kentucky Western | 3:15cv819 | Macy Et Al V. Gc Services Limited Partnership | Gc Services Limited Partnership | 11/05/2015 | 03/24/2016 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
|---|---|---|---|---|---|---|---|
| U.S. District - New Jersey | 2:15cv7819 | Que V. Gc Services, Lp | Gc Services LP | 10/30/2015 | 11/02/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 1:15cv13816 | Claus V. Gc Services, Lp | Gc Services LP | 10/28/2015 | 10/28/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 8:15cv1735 | Betts V. Gc Services, Lp | Gc Services LP | 10/27/2015 | 10/27/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 2:15cv8305 | Ackworth V. Gc Services, Lp | Gc Services LP | 10/23/2015 | 10/23/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 1:15cv7498 | Marchese V. Gc Services, Lp | Gc Services LP | 10/14/2015 | 10/15/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Florida Middle | 8:15cv2402 | Zapparolli V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 10/13/2015 | 10/14/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 2:15cv7450 | Chung V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 10/13/2015 | 01/19/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - West Virginia Southern | 2:15cv13922 | Lane V. Gc Services Limited Partnership | Gc Services Limited Partnership | 10/13/2015 | 10/13/2015 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Louisiana Eastern | 2:15cv5081 | Paris V. Gc Services, Lp | Gc Services LP | 10/09/2015 | 10/10/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Mississippi Southern | 1:15cv335 | Rogers V. Gc Services, Lp | Gc Services LP | 10/05/2015 | 10/05/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Eastern | 4:15cv679 | Mack V. Gc Services, Lp | Gc Services LP | 10/02/2015 | 10/05/2015 | Active | NOS: (890) Other Statutory Actions; Cause: Federal Telephone Consumer Protection Act |

| U.S. District - Wisconsin Eastern | 2:15cv1178 | Severns V. Gc Services Limited Partnership | Gc Services Limited Partnership | 10/02/2015 | 10/02/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
|---|---|---|---|---|---|---|---|
| U.S. District - California Central | 8:15cv1550 | Izaguirre | Gc Services LP | 09/25/2015 | 09/25/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Ohio Northern | 5:15cv1998 | Yoho V. Gc Services, Lp | Gc Services LP | 09/25/2015 | 09/25/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Northern | 5:15cv4279 | Scott V. Gc Services, L.P. | Gc Services LP | 09/18/2015 | 09/18/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Eastern | 4:15cv1427 | Holmes V. Gc Services Limited Partnership-Delaware | Gc Services Limited Partnership Delaware | 09/17/2015 | 09/17/2015 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Florida Middle | 6:15cv1425 | Shavers V. Gc Services, L.P. | Gc Services LP | 08/31/2015 | 09/01/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 3:15cv6220 | Lang V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/14/2015 | 11/05/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv2330 | Alitin V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/13/2015 | 12/19/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Georgia Northern | 1:15cv2882 | Jennings V. Gc Services, Lp | Gc Services LP | 08/13/2015 | 08/14/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Eastern | 2:15cv4455 | Danks V. Gc Services, Lp | Gc Services LP | 08/10/2015 | 08/11/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv2276 | Leduc V. Gc Services, Lp | Gc Services LP | 08/07/2015 | 10/10/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv2275 | Kos V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/07/2015 | 02/06/2016 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 2:15cv6027 | Kausar V. Gc Services Limited | Gc Services Limited | 08/05/2015 | 11/05/2015 | Active | NOS: (480) Consumer |

| | | Limited Partnership | Partnership | | | | Credit; Cause: Fair Debt Collection Act |
|---|---|---|---|---|---|---|---|
| U.S. District - Arizona | 4:15cv342 | Avery V. Gc Services Lp | Gc Services LP | 08/05/2015 | 08/06/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Arkansas Eastern | 4:15cv478 | Koch V. Gc Services Lp | Gc Services LP | 08/03/2015 | 08/03/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 1:15cv4521 | Bruno V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 08/03/2015 | 08/03/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 2:15cv5746 | Simpkins V. Gc Services, L.P., | Gc Services LP | 07/29/2015 | 07/29/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 1:15cv4405 | Kessler V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/28/2015 | 07/28/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Iowa Southern | 3:15cv76 | Lee V. Gc Services, Lp | Gc Services LP | 07/20/2015 | 07/20/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Eastern | 2:15cv4001 | Brown V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/20/2015 | 07/20/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 1:15cv4061 | Steinwurzel V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/10/2015 | 07/10/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Kansas | 2:15cv9161 | Humphreys V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/09/2015 | 07/09/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Middle | 1:15cv1337 | Tothero V. Gc Services, Lp | Gc Services LP | 07/07/2015 | 07/08/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Middle | 1:15cv1249 | Tothero V. Gc Services, Lp | Gc Services LP | 06/25/2015 | 06/25/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 1:15at504 | Cruz V. Gc Services, L.P. | Gc Services LP | 06/19/2015 | 06/19/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt |

| | | | | | | | Collection Act |
|---|---|---|---|---|---|---|---|
| U.S. District - California Eastern | 1:15cv932 | Cruz V. Gc Services, L.P. | Gc Services LP | 06/19/2015 | 06/19/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv1706 | Petrillo V. Gc Services Limited Partnership | Gc Services Limited Partnership | 06/16/2015 | 10/24/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - North Carolina Western | 3:15cv258 | Ervin V. Gc Services, L.P. | Gc Services LP | 06/10/2015 | 06/10/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv1636 | Vanleer V. Gc Services, L.P. | Gc Services LP | 06/10/2015 | 04/30/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Oregon | 6:15cv1017 | Benson V. Gc Services Limited Partnership | Gc Services Limited Partnership | 06/09/2015 | 06/09/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv1489 | Breta V. Gc Services Lp | Gc Services LP | 06/02/2015 | 02/13/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv1430 | Xikis V. Gc Services Limited Partnership | Gc Services Limited Partnership | 05/28/2015 | 08/01/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Southern | 1:15cv4199 | Beauvil V. Us Department Of Education Et Al | Gc Services Limited Partnership | 05/22/2015 | 06/03/2015 | Active | NOS: (440) Other Civil Rights; Cause: Fed. Question |
| U.S. District - Maryland | 1:15cv1483 | Scaglione, V. Gc Services, Lp | Gc Services LP | 05/22/2015 | 05/26/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Maryland | 8:15cv1483 | Scaglione, V. Gc Services, Lp | Gc Services LP | 05/22/2015 | 05/22/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Ohio Southern | 1:15cv318 | Crawford V. Gc Services Lp Et Al | Gc Services LP | 05/14/2015 | 05/14/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 1:15cv11677 | Gaiter V. Gc Services, Lp | Gc Services LP | 05/11/2015 | 05/11/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York | 1:15cv2661 | Soibelman V. Gc Services | Gc Services Limited | 05/08/2015 | 08/31/2015 | Closed | NOS: (480) Consumer |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eastern | | Limited Partnership | Partnership | | | | Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:15cv2504 | Hughes-Kennedy V. Gc Services, Lp | Gc Services LP | 05/01/2015 | 05/05/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Illinois Southern | 3:15cv490 | Fluty V. Gc Services International, Llc. | Gc Services International Llc | 05/01/2015 | 05/01/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Minnesota | 0:15cv2162 | Kopp V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/27/2015 | 04/27/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv1097 | Miller V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/27/2015 | 03/12/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv1085 | Albertson V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/24/2015 | 04/30/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 2:15cv11446 | Parsons V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/21/2015 | 04/21/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 1:15cv11446 | Parsons V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/21/2015 | 04/21/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 3:15cv2356 | Pollack V. Gc Services Limited Partnership | Gc Services Limited Partnership | 04/03/2015 | 04/06/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Florida Southern | 0:15cv60669 | Lucoff V. Gc Services Limited Partnership-Delaware | Gc Services Limited Partnership Delaware | 04/01/2015 | 04/02/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Minnesota | 0:15cv1847 | Urgiles V. G.C. Services, L.P | Gc Services L P | 04/01/2015 | 04/01/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 4:15cv11097 | Parsons V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/24/2015 | 03/24/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 2:15cv11097 | Parsons V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/24/2015 | 03/24/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Collection Act |
| U.S. District - Texas Southern | 4:15cv721 | Abersold V. Gc Services, Lp | Gc Services LP | 03/18/2015 | 03/18/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Northern | 1:15cv305 | Eddy V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/17/2015 | 03/17/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:15cv585 | Rutherford V. Gc Services, Lp | Gc Services LP | 03/16/2015 | 03/16/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:15at349 | Rutherford V. Gc Services, Lp | Gc Services LP | 03/16/2015 | 03/16/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:15cv1397 | Bishop V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/16/2015 | 03/20/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Eastern | 2:15cv1794 | Mcswain V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/13/2015 | 04/07/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Massachusetts | 1:15cv10792 | Woods V. Gc Services, Lp | Gc Services LP | 03/12/2015 | 03/12/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Massachusetts | 3:15cv10792 | Woods V. Gc Services, Lp | Gc Services LP | 03/12/2015 | 03/12/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Southern | 1:15cv1821 | Rose V. Gc Services Limited Partnership | Gc Services Limited Partnership | 03/10/2015 | 03/12/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv500 | Smith V. Gc Services | Gc Services LP | 02/24/2015 | 03/26/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Western | 3:15cv48 | Zamora V. Gc Services, Lp | Gc Services LP | 02/19/2015 | 02/19/2015 | Active | NOS: (445) Americans with Disabilities - Employment; Cause: Petition for Removal-Employment Discrimination |
| U.S. District - Tennessee Middle | 3:15cv122 | Donnell V. Gc Services, Lp | Gc Services LP | 02/09/2015 | 02/10/2015 | Closed | NOS: (480) Consumer Credit; Cause: |

| | | | | | | | | Fair Debt Collection Act |
|---|---|---|---|---|---|---|---|---|
| U.S. District - New Jersey | 2:15cv1040 | Cho V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 02/06/2015 | 02/09/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Eastern | 4:15cv245 | Morgan V. Gc Services, Lp | Gc Services LP | 02/06/2015 | 02/06/2015 | Closed | | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Eastern | 4:15cv240 | Wiemer V. Gc Services, Lp | Gc Services LP | 02/05/2015 | 06/25/2015 | Closed | | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - New Mexico | 6:15cv74 | Romero V. Gc Services, Lp | Gc Services LP | 01/29/2015 | 01/29/2015 | Active | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Mexico | 1:15cv74 | Romero V. Gc Services, Lp | Gc Services LP | 01/29/2015 | 01/29/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Indiana Southern | 3:15cv7 | Ewart V. Gc Services Limited Partnership | Gc Services Limited Partnership | 01/22/2015 | 08/08/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Wisconsin Eastern | 2:15cv66 | Pietraszewski V. Gc Services Limited Partnership | Gc Services Limited Partnership | 01/19/2015 | 01/19/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:15cv98 | Mccommis V. Gc Services | Gc Services LP | 01/13/2015 | 05/23/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:15cv56 | Strain V. Gc Services Limited Partnership | Gc Services Limited Partnership | 01/08/2015 | 01/08/2015 | Closed | | NOS: (890) Other Statutory Actions; Cause: Petition for Removal |
| U.S. District - California Eastern | 2:15cv50 | French V. Gc Services, Lp | Gc Services LP | 01/08/2015 | 01/08/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:15cv51 | French V. Gc Services, Lp | Gc Services LP | 01/08/2015 | 01/08/2015 | Closed | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:15at23 | French V. Gc Services, Lp | Gc Services LP | 01/08/2015 | 01/08/2015 | Active | | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |

| U.S. District - California Eastern | 2:15at24 | Strain V. Gc Services Limited Partnership | Gc Services Limited Partnership | 01/08/2015 | 01/08/2015 | Active | NOS: (890) Other Statutory Actions; Cause: Petition for Removal |
|---|---|---|---|---|---|---|---|
| U.S. District - Pennsylvania Western | 2:15cv15 | Despot V. Allied Interstate, Inc. Et Al | Gc Services LP | 01/06/2015 | 11/19/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Northern | 3:14cv5597 | Alexus V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/23/2014 | 12/23/2014 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 1:14cv7982 | Chandler V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/23/2014 | 12/24/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Nebraska | 8:14cv412 | Holomek V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/19/2014 | 12/19/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 2:14cv7765 | Carayianni V. Gc Services Limited Partnership | Gc Services Limited Partnership | 12/15/2014 | 12/15/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Massachusetts | 1:14cv14356 | Leboeuf V. Gc Services, Lp | Gc Services LP | 12/08/2014 | 12/08/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:14cv3468 | Reed V. Gc Services, L.P. | Gc Services LP | 12/04/2014 | 12/05/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Oklahoma Northern | 4:14cv709 | Keene V. Gc Services, Lp | Gc Services LP | 11/24/2014 | 11/24/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Northern | 3:14cv4138 | Strachan V. Gc Services, Lp | Gc Services LP | 11/20/2014 | 11/20/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Nebraska | 8:14cv353 | Gateway Customer Solutions, Llc V. Gc Services Limited Partnership | Gc Services Limited Partnership | 11/14/2014 | 01/30/2015 | Closed | NOS: (190) Other Contract; Cause: Diversity-Breach of Contract |
| U.S. District - Michigan Eastern | 2:14cv14302 | Kelsey V. Gc Services, Lp | Gc Services LP | 11/06/2014 | 11/06/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - | 1:14cv24025 | Harney V. Gc | Gc Services | 10/28/2014 | 10/29/2014 | Closed | NOS: (480) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Florida Southern | | Services Limited Partnership | Limited Partnership | | | | Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Southern | 3:14cv2512 | Horowitz Et Al V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership | 10/21/2014 | 06/25/2015 | Active | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Maryland | 8:14cv3188 | Penn V. Gc Services, Lp | Gc Services LP | 10/10/2014 | 10/10/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Western | 2:14cv1334 | Brennan V. Gc Services Limited Partnership | Gc Services Limited Partnership | 10/02/2014 | 04/13/2016 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Western | 1:14cv982 | Galloway V. Gc Services Limited Partnership | Gc Services Limited Partnership | 09/18/2014 | 09/18/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Middle | 4:14cv1817 | Smith V. Gc Services, L.P. Et Al | Gc Services LP | 09/18/2014 | 09/18/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Massachusetts | 1:14cv13635 | Dubois V. Gc Services, Lp | Gc Services LP | 09/16/2014 | 09/16/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Alabama Northern | 5:14cv1762 | Dent V. Gc Services Lp | Gc Services LP | 09/12/2014 | 11/15/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Pennsylvania Middle | 1:14cv1766 | Moody V. Gc Services Lp Et Al | Gc Services LP | 09/11/2014 | 08/05/2015 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Massachusetts | 1:14cv13614 | Morris V. Gc Services, Lp | Gc Services LP | 09/11/2014 | 09/11/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Western | 6:14cv3378 | Dodson V. Gc Services, Lp | Gc Services LP | 08/29/2014 | 08/29/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Massachusetts | 1:14cv13524 | Farns V. Gc Services, Lp | Gc Services LP | 08/28/2014 | 08/28/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 2:14cv6720 | Jenkins V. Gc Services, Lp | Gc Services LP | 08/27/2014 | 08/27/2014 | Closed | NOS: (890) Other Statutory Actions; Cause: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Fair Debt Collection Act |
| U.S. District - Missouri Eastern | 4:14cv1470 | Lintzenich V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/25/2014 | 08/25/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - West Virginia Southern | 3:14cv24866 | Hannah V. Gc Services Limited Partnership Et Al | Gc Services Limited Partnership GC Services | 08/19/2014 | 08/20/2014 | Closed | NOS: (360) Personal Injury; Cause: Diversity-Employment Discrimination |
| U.S. District - Texas Northern | 3:14cv2903 | Reagan V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/13/2014 | 08/13/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Eastern | 4:14cv533 | Gonzalez V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/13/2014 | 08/13/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Virginia Eastern | 4:14cv102 | Venable V. Gc Services Limited Partnership | Gc Services Limited Partnership | 08/13/2014 | 08/14/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Indiana Southern | 1:14cv1327 | Chinn V. U.S. Department Of Education Et Al | Gc Services Limited Partnership | 08/12/2014 | 08/12/2014 | Active | NOS: (152) Student Loans; Cause: Petition for Removal-Declaratory Judgemen |
| U.S. District - Texas Southern | 4:14cv2286 | Morris V. Gc Services, Lp | Gc Services LP | 08/08/2014 | 04/25/2015 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Colorado | 1:14cv2170 | Dickey V. Gc Services, Lp | Gc Services LP | 08/06/2014 | 08/06/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:14cv2182 | Ferlic V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/29/2014 | 12/06/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New York Eastern | 2:14cv4503 | Kalter V. Gc Services, L.P. Et Al | Gc Services LP | 07/28/2014 | 07/30/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Georgia Southern | 4:14cv157 | Conway V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/23/2014 | 09/25/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:14cv2021 | Smith V. Gc Services, Lp | Gc Services LP | 07/15/2014 | 11/22/2014 | Closed | NOS: (480) Consumer Credit; Cause: |

| | | | | | | | Fair Debt Collection Act |
|---|---|---|---|---|---|---|---|
| U.S. District - Washington Eastern | 2:14cv224 | Norris V. Gc Services, Lp | Gc Services LP | 07/10/2014 | 07/10/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Western | 5:14cv6078 | Walters V. Gc Services, Lp | Gc Services LP | 07/10/2014 | 07/10/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 5:14cv1402 | Alan Aden, Et Al. V. Gc Services, Lp | Gc Services Limited Partnership | 07/09/2014 | 10/24/2014 | Closed | NOS: (480) Consumer Credit; Cause: Notice of Removal |
| U.S. District - New York Eastern | 1:14cv4185 | Posen V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/08/2014 | 07/10/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Colorado | 1:14cv1890 | Garcia-Gonzales V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/08/2014 | 07/08/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 8:14cv1030 | Walter Woodworth V. Gc Services Lp | Gc Services LP | 07/07/2014 | 07/08/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Southern | 3:14cv1599 | Christopher Ziehm V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/03/2014 | 11/23/2015 | Closed | NOS: (480) Consumer Credit; Cause: Diversity-(Citizenship) |
| U.S. District - Florida Southern | 1:14cv22465 | Regalado V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/02/2014 | 07/03/2014 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Texas Southern | 4:14cv1857 | Reynolds V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/02/2014 | 09/06/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 2:14cv12621 | Whetstone V. Gc Services Limited Partnership | Gc Services Limited Partnership | 07/02/2014 | 07/02/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:14at833 | Rosa V. Gc Services, Limited Partnership | Gc Services Limited Partnership | 07/01/2014 | 07/01/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:14cv1551 | Rosa V. Gc Services, Limited Partnership | Gc Services Limited Partnership | 07/01/2014 | 07/01/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. District - Texas Southern | 4:14cv1822 | Martinez V. Gc Services, Lp | Gc Services LP | 06/30/2014 | 03/21/2015 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Florida Southern | 1:14cv22382 | Machnai V. Gc Services, Lp | Gc Services LP | 06/26/2014 | 06/26/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - New Jersey | 1:14cv4083 | Plegaria Et Al V. Gc Services, Lp | Gc Services LP | 06/26/2014 | 06/27/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Minnesota | 0:14cv2219 | Lenz V. Gc Services Limited Partnership | Gc Services Limited Partnership | 06/25/2014 | 06/25/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Michigan Eastern | 2:14cv12491 | V. Gc Services L.P. | Gc Services LP | 06/25/2014 | 06/25/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Texas Western | 1:14cv582 | Mahar V. Gc Services, Lp | Gc Services LP | 06/20/2014 | 06/20/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Missouri Western | 4:14cv539 | Hazen V. Gc Services, Lp | Gc Services LP | 06/16/2014 | 06/16/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Florida Southern | 9:14cv80774 | Neill V. Gc Services Limited Partnership | Gc Services Limited Partnership | 06/10/2014 | 06/10/2014 | Closed | NOS: (890) Other Statutory Actions; Cause: Fair Debt Collection Act |
| U.S. District - Oklahoma Eastern | 6:14cv207 | Henderson V. Gc Services Lp | Gc Services LP | 05/30/2014 | 05/30/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 8:14cv825 | Santiago Capul V. Gc Services Lp | Gc Services LP | 05/29/2014 | 06/03/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 2:14cv1301 | Watts V. Gc Services Limited Partnership | Gc Services Limited Partnership | 05/28/2014 | 05/28/2014 | Closed | NOS: (890) Other Statutory Actions; Cause: Petition for Removal |
| U.S. District - Pennsylvania Eastern | 2:14cv2998 | Reinking V. Gc Services, Lp | Gc Services LP | 05/28/2014 | 05/28/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California | 2:14at692 | Watts V. Gc Services | Gc Services Limited | 05/28/2014 | 05/28/2014 | Active | NOS: (890) Other Statutory |

| Eastern | | Limited Partnership | Partnership | | | | Actions; Cause: Petition for Removal |
|---|---|---|---|---|---|---|---|
| U.S. District - California Eastern | 1:14cv796 | Holcomb V. Gc Services, Lp | Gc Services LP | 05/23/2014 | 05/23/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Eastern | 1:14at382 | Holcomb V. Gc Services, Lp | Gc Services LP | 05/23/2014 | 05/23/2014 | Active | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - Indiana Southern | 1:14cv840 | Hughey V. Gc Services, Lp | Gc Services LP | 05/22/2014 | 09/27/2014 | Closed | NOS: (480) Consumer Credit; Cause: Fair Debt Collection Act |
| U.S. District - California Central | 2:14cv3872 | Ziehm V. Gc Services Limited Partnership | Gc Services Limited Partnership | 05/20/2014 | 05/20/2014 | Closed | NOS: (480) Consumer Credit; Cause: Diversity-(Citizenship) |

Total number of results: 198

| | |
|---|---|
| **Search Title** | Federal (2yrs) |
| **Client Matter Code** | GCS |
| **U.S. District Courts (Civil) (Civil)** | |
| **Courts** | ALL |
| **Litigants** | |
| | GC Services          Defendant |
| **Case Types** | Civil |
| **Start Date** | 05/20/2014 |
| **Case Status** | ALL |

# EXHIBIT N

FROM VERIZON                    Thu 17 Mar 2016 03:47:46 PM EDT              Page 2 of 5

03/11/2016 17:04 FAX 310 909 8001         HINSHAW & CULBERTSON LLP                    ☒002

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| Nicholas A. Horowitz, and Chad H. Hamby | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:14-cv-02512-MMA-RBB |
| GC Services Limited Partnership; Ruby Cisneros, an | ) |
| Individual; Does 1-100, Inclusive, | ) |
| _____ | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                  VERIZON
_____
*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Renee Choy Ohlendorf, Hinshaw & Culbertson LLP, One California Street, 18th Floor, SF, CA 94111; 415-362-6000; rchoy@hinshawlaw.com | Date and Time: 03/21/2016 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:   as specified in Attachment A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/07/2016

          *CLERK OF COURT*
                                                OR   *Renee C Ohlendorf*
_____                     _____
  *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   GC Services
Limited Partnership contact through counsel _____, who issues or requests this subpoena, are:

Renee Choy Ohlendorf, Hinshaw & Culbertson LLP, One California Street, 18th Floor, SF, CA 94111; 415-362-6000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

03/11/2016 17:05 FAX 310 909 8001          HINSHAW & CULBERTSON LLP                    ☑003

## ATTACHMENT A

1.     All documents reflecting or relating to any request or application by Chad Hamby to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present.

2.     All documents reflecting or relating to any request or application by Nicholas Horowitz to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present.

3.     All documents reflecting or relating to the processing of any request or application by Chad Hamby to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present.

4.     All documents reflecting or relating to the processing of any request or application by Nicholas Horowitz to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present.

5.     All documents reflecting or relating to the porting, transfer or change of service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present.

6.     All documents reflecting the date that the telephone number (760) 757-9515 was ported, transferred, or changed from landline service to wireless service.

31634488v2 0964311

## AUTHORIZATION FOR THE RELEASE OF CONSUMER RECORDS

Name: Chad Hamby   Date of Birth: 6/20/REDACTED

Social Security Number: ___REDACTED_____

I hereby authorize  Verizon and Verizon Wireless to disclose and release to Hinshaw & Culbertson LLP and Johnson & Weaver LLP, and any of their agents or designees, all documents or information pertaining to the following:

1.      All documents reflecting or relating to any request or application by Chad Hamby to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present;

2.      All documents reflecting or relating to any request or application by Nicholas Horowitz to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present;

3.      All documents reflecting or relating to the processing of any request or application by Chad Hamby to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present;

4.      All documents reflecting or relating to the processing of any request or application by Nicholas Horowitz to port, transfer or change the service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present;

5.      All documents reflecting or relating to the porting, transfer or change of service of telephone number (760) 757-9515 from landline service to wireless service from 2012 to present;

6.      All documents reflecting the date that the telephone number (760) 757-9515 was ported, transferred, or changed from landline service to wireless service.

These documents and information are required for litigation of *Horowitz, et al. v. GC Services, LP*, Southern District of California Case No. 3:14-cv-02512-MMA-RBB.

**A PHOTOSTATIC OR FACSIMILE COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS EFFECTIVE AND VALID AS THE ORIGINAL.**

Authorized Signature

Date 3/9/16

If you are not the individual, but a personal representative of the individual, please print your name and attach proof of the same to the authorization.

31639774v1 0964311

**verizon**✓

VERIZON SECURITY SUBPOENA COMPLIANCE
2701 S. JOHNSON ST.
SAN ANGELO, TX, 76904
TAX ID: 23-2259884 / Cage # 3L7L6
PHN: 888-483-2600
FAX: 325-949-6916

| Date | Invoice # |
|------|-----------|
| 04/07/2016 | 2016216206 |

**Case Invoice**

Account #            NJ130113
Payment Due Date:    05/07/2016

Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA, 94111

| VZ Case# | File/Docket # | Description | Date Rec | Request Atty/Agent | Rate | Amount |
|----------|---------------|-------------|----------|--------------------|------|--------|
| 160027476 16130428 0 | 314cv02512MMARBB | # Hours: 1 / $75.00 Shipping: $22.00 | 04/07/2016 | Renee Choy Ohlendorf | | $97.00 |

| | |
|---|---|
| Total | $97.00 |
| Payments/Credits | $0.00 |
| Balance Due | $97.00 |

Please return a copy of this summary with your payment. Please reference invoice number on your remittance check.

| Account # | Total Amount Due | Payment Due Date | Amount Enclosed |
|-----------|------------------|------------------|-----------------|
| NJ130113 | 97.00 | 05/07/2016 | |

Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA, 94111
Attn: Renee Choy Ohlendorf

Make check payable to:
VERIZON SECURITY SUBPOENA COMPLIANCE
2701 S. JOHNSON ST.
SAN ANGELO, TX, 76904

**verizon**√

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:325-949-6916

April 7, 2016

HINSHAW & CULBERTSON LLP
ONE CALIFORNIA STREET 18TH FLOOR
SAN FRANCISCO CA 94111

**Verizon Case #: 160027476**
**Docket / File #: 3:14-cv-02512-MMA-RBB**

STATE OF TEXAS

ss:

COUNTY OF TOM GREEN

I, JANA IMLER, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached 2 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

JANA IMLER,

Sworn to before me this 7th day of April, 2016

Notary Public

PATRICIA MCCORMICK
Notary ID # 12494714B
My Commission Expires
June 4, 2016

| Search-Value | Account Number | Account Name | Status | Effective Period |
|---|---|---|---|---|
| 7607579515 | REDACTED | CHAD HAMBY | R | 03/25/2013 - 04/16/2014 |

03/25/2013 17:21:00 PORT PORT PT 7607579515
PORT REQUEST INFORMATION MTN:760-757-9515 WIRELINE PORT-IN 1M: The port request has been delayed by the OSP. The request could take up to 10 business days to complete. No customer action is needed.

03/26/2013 11:43:00 PORT PORT PT 7607579515
PORT REQUEST INFORMATION MTN:760-757-9515 PORT-IN REQUEST - CONFIRMED: The customer's old provider has agreed to release the number to Verizon Wireless.

# EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -
NICHOLAS HOROWITZ, an individual,  )
and CHAD HAMBY, an individual,     )
                                   )
          Plaintiffs,              )
                                   )
          vs.                      )   CASE NO.:
                                   )   14-cv-02512-MMA-RBB
GC SERVICES LIMITED PARTNERSHIP, a )
Delaware limited partnership doing )
business in California,            )
          Defendants.              )
- - - - - - - - - - - - - - - - - - -


AUDIO RECORDED TRANSCRIPT OF
RECORDED MESSAGE
JULY 20, 2013




TRANSCRIBED BY:  AMY R. NEYHART
CSR No. 12469

**Audio Recorded Transcript of Recorded Message - 7/20/2013**

1           (Phone tone.)

2           AUTOMATED RECORDING:  Thank you for calling.

3    I'm afraid we are unable to answer your call right now,

4    but please leave a message and someone will get back to

5    you as soon as possible.

6           (Phone tone.)

7           MS. CISNEROS:  Hello.  This message is for Chad

8    Hamby.  My name is Ruby Cisneros.  I'd appreciate it if

9    you can return my phone call, and you can reach me at

10   (866) 862-2789.  Thank you.

11          (End of recording.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Audio Recorded Transcript of Recorded Message - 7/20/2013**

```
 1   STATE OF CALIFORNIA )
 2                       )   SS.
 3   COUNTY OF SAN DIEGO )

 4

 5          I, Amy R. Neyhart, a certified shorthand reporter
 6   for the State of California, do hereby certify:
 7          That the foregoing audiotaped proceeding was
 8   transcribed by me to the best of my ability; that the
 9   foregoing is a true record of the testimony and
10   proceedings taken at that time.
11          I further certify that I am a disinterested
12   person and that I am in no way interested in the outcome
13   of said action.
14          In witness whereof, I have subscribed my name
15   this 20th day of May, 2016.

16

17

18                                   _____

                                     Amy R. Neyhart
19                                   CSR No. 12469

20

21

22

23

24

25
```

# EXHIBIT P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -
NICHOLAS HOROWITZ, an individual,  )
and CHAD HAMBY, an individual,     )
                                   )
           Plaintiffs,             )
                                   )
           vs.                     )   CASE NO.:
                                   )   14-cv-02512-MMA-RBB
GC SERVICES LIMITED PARTNERSHIP, a )
Delaware limited partnership doing )
business in California,            )
           Defendants.             )
- - - - - - - - - - - - - - - - - - -



AUDIO RECORDED TRANSCRIPT OF
PHONE CALL BETWEEN
MS. ESPINOZA, MS. GOFF and MALE SPEAKER
JULY 23, 2013




TRANSCRIBED BY:  AMY R. NEYHART
                 CSR No. 12469

**Audio Recorded Transcript of Phone Call - 7/23/2013**

 1          (Phone tone.)

 2          MS. ESPINOZA:  Thank you for calling GC

 3   Services.  This call may be recorded or monitored for

 4   quality assurance.

 5          My name is Frieda Espinoza (phonetic).  How can

 6   I assist you?

 7          MALE SPEAKER:  Hey, I was just returning a

 8   phone call.

 9          MS. ESPINOZA:  Okay.  And what number did we

10   contact you at, sir?

11          MALE SPEAKER:  Sure.

12          Is this GC Services or GC System?

13          MS. ESPINOZA:  This is GC Services.

14          MALE SPEAKER:  Services.

15          Where are you guys located?

16          MS. ESPINOZA:  We're in San Antonio, Texas.

17          MALE SPEAKER:  Okay.  Cool.

18          So the number you called is area code (760)

19   757-9515.

20          MS. ESPINOZA:  Okay.  It looks like we were

21   trying to locate Mr. Chad Hamby.

22          MALE SPEAKER:  Yeah, what is this in regards

23   to?

24          MS. ESPINOZA:  Okay.  Are you Mr. Chad Hamby?

25          MALE SPEAKER:  Yes.

**Audio Recorded Transcript of Phone Call - 7/23/2013**

1       MS. ESPINOZA:  Okay.  Now, Mr. Hamby, I'll be
2   more than happy to disclose more information with you if
3   I'm just able to verify that you're at 6105 NE 34th
4   Street in Vancouver, Washington 98661?
5       MALE SPEAKER:  Did you guys mail a letter
6   there?
7       MS. ESPINOZA:  That is the address we have on
8   file, sir.
9       MALE SPEAKER:  Yeah.
10      When did the letter go out?
11      MS. ESPINOZA:  Okay.  Now, is that your correct
12  address?
13      MALE SPEAKER:  Well, answer my question first.
14      MS. ESPINOZA:  Okay.  I --
15      MALE SPEAKER:  When did you mail the letter?
16      MS. ESPINOZA:  I do apologize.  I wouldn't be
17  able to disclose any information if I'm able to verify
18  that's your correct address, Mr. Hamby.
19      MALE SPEAKER:  Well, (unintelligible) say yes.
20  Yes.
21      MS. ESPINOZA:  You will have to agree that's
22  your correct address.  I'm not going to disclose any
23  information if you're not the correct Chad Hamby at that
24  address.
25      MALE SPEAKER:  Yes, I'm the correct Chad Hamby.

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

Ex. P
Pg. 126

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
 1            MS. ESPINOZA:  Okay.  Now, Mr. Hamby, I can go
 2    ahead and verify that information for you.
 3            We did mail out a letter on 7/15 to that
 4    address.
 5            MALE SPEAKER:  Okay.  So what's the debt about?
 6    Who's the creditor?  What's the amount?  When did you
 7    get it?
 8            MS. ESPINOZA:  Okay.  Now, QVC has referred
 9    your account to our company for handling.
10            And before we get into any other specifics, I
11    need to inform you that this is an attempt to collect a
12    debt, that any information obtained will be used only
13    for that purpose.
14            Now, Mr. Hamby, there is a balance that was
15    forwarded from QVC for $261.46, and we were calling --
16            MALE SPEAKER:  Okay.
17            MS. ESPINOZA:  -- to go ahead and give you the
18    opportunity to resolve your account.
19            Is that possible?
20            MALE SPEAKER:  Yeah.
21            When did you get the account?
22            MS. ESPINOZA:  On 7/15.
23            MALE SPEAKER:  Okay.  So you mailed out the
24    letter on the first day then, huh?
25            MS. ESPINOZA:  On the day that we received the
```

**Audio Recorded Transcript of Phone Call - 7/23/2013**

1  account.  That is correct.

2          MALE SPEAKER:  Yeah.

3          And then how did you get the 757-9515 phone

4  number?

5          MS. ESPINOZA:  That is actually numbers that

6  were provided to QVC, and that information just

7  transfers over to us.

8          MALE SPEAKER:  Okay.  Cool.

9          What kind of phone system do you guys use

10  there?

11          MS. ESPINOZA:  What kind of phone system do we

12  use?

13          MALE SPEAKER:  Yeah.  What kind of -- what's

14  the brand of phone you're talking to me on right now?

15          MS. ESPINOZA:  Does that really have anything

16  to do with the reason why we were calling today, sir?

17          MALE SPEAKER:  Well, yeah.  I'm trying to find

18  out if you guys use any kind of predicted dialing

19  system.

20          MS. ESPINOZA:  We use -- we use an automatic

21  dialing system, so that's the number that --

22          MALE SPEAKER:  Okay.

23          MS. ESPINOZA:  -- was given to us from QVC and

24  that's the number that we have dialed out.

25          MALE SPEAKER:  Okay.  Perfect.

**Audio Recorded Transcript of Phone Call - 7/23/2013**

1      And then do you guys do any scrubbing against

2  cell phone databases so you don't accidentally call cell

3  phones?

4          MS. ESPINOZA:  No, sir.

5          Again, the numbers that were provided to us

6  from QVC, we dial out to those numbers.

7          MALE SPEAKER:  Okay.  So you guys don't have

8  any policy of, you know, blocking out cell phones so you

9  don't accidentally violate TCPA?

10         MS. ESPINOZA:  That is the consumer advises us

11  not to telephone the number (unintelligible) after our

12  first conversation and then definitely we will remove

13  that number from our system.

14         MALE SPEAKER:  Yeah, but that's Fair Debt

15  Collection Practices Act.

16         I'm talking about the Telephone Consumer

17  Protection Act from using autodialers and prerecorded

18  messages to cell phones.  That's actually what I'm

19  trying to get at.

20         What you said is you guys don't actually do any

21  cell phone scrubbing.  You just dial first, wait until

22  someone answers and then if they tell you to not call,

23  then you stop.  Is that right?

24         MS. ESPINOZA:  Correct.

25         MALE SPEAKER:  Perfect.

**Audio Recorded Transcript of Phone Call - 7/23/2013**

 1          Who's the owner of the agency?

 2          MS. ESPINOZA:  This is GC Services.

 3          MALE SPEAKER:  Right.

 4          MS. ESPINOZA:  If you're needing more

 5   information about our company, now --

 6          MALE SPEAKER:  Yes.

 7          MS. ESPINOZA:  Okay.  I believe you can go

 8   ahead and look us up on the website, and they have all

 9   the information there.

10          MALE SPEAKER:  Okay.  What's your website?

11          MS. ESPINOZA:  GC Services.

12          MALE SPEAKER:  Um-hum.

13          MS. ESPINOZA:  Let me get the correct website.

14   One moment.

15          Now, Mr. Hamby?

16          MALE SPEAKER:  Um-hum.

17          MS. ESPINOZA:  Okay.  Now, you're more than

18   welcome to go to the GC Services website and get more

19   information.  And that's --

20          MALE SPEAKER:  Yeah, what is it?  What's the

21   address?

22          MS. ESPINOZA:  You can look under GC Services.

23   You can even Google it, and it will come up on the

24   system -- on the Google.

25          If not, you can telephone us back tomorrow

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

Ex. P
Pg. 130

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
1   morning and speak with a supervisor, and they can give
2   you more information.
3               MALE SPEAKER:  Okay.  Perfect.
4               What's your mailing address there?
5               MS. ESPINOZA:  The mailing address?
6               MALE SPEAKER:  Yep.
7               You want me to send you a payment, right?
8   What's your mailing address?
9               MS. ESPINOZA:  One moment, Mr. Hamby.
10              MALE SPEAKER:  Thank you.
11              MS. GOFF:  Hi, Mr. Hamby.  My name is Jennifer
12  Goff.  I'm a senior rep here in -- at GC Services.
13              Let me just --
14              MALE SPEAKER:  How's your last name spelled?
15              MS. GOFF:  Hi.  My name is Jennifer Goff.  Let
16  me just remind you real quick that the call may be
17  monitored or recorded for quality assurance.
18              Now, I'm showing that --
19              MALE SPEAKER:  How's your last name spelled?
20              MS. GOFF:  I'm sorry?
21              MALE SPEAKER:  How's your last name spelled?
22              MS. GOFF:  G-o-f-f, like frank.
23              MALE SPEAKER:  Okay.  Thank you.
24              And you said "senior rep."  Okay.  Perfect.
25              MS. GOFF:  Okay.
```

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
 1          MALE SPEAKER:  I was just trying to find out
 2   your street address, please.
 3          MS. GOFF:  Okay.  All that information would be
 4   on the address -- on the letter that we sent to you.
 5          I know that Ms. Espinoza gave you the
 6   information.  We actually just sent the letter out, so
 7   you should be receiving it in the mail any day now.  It
 8   will be in a plain white envelope with the name "GC
 9   Services" --
10          MALE SPEAKER:  Yeah.  Yeah.
11          MS. GOFF:  -- on it.
12          MALE SPEAKER:  I know what they look -- oh, so
13   it does say "GC Services" on the envelope?
14          MS. GOFF:  Yes, sir.  It does not say QVC.
15   We're actually a third-party collector for the overflow.
16          MALE SPEAKER:  Okay.  Perfect.
17          So, now, Ms. Espinoza told me the letter went
18   out on July 15th, July --
19          MS. GOFF:  Well, it usually -- yes.  Well,
20   that's exactly one week.  So --
21          MALE SPEAKER:  Okay.
22          MS. GOFF:  -- usually the mail, depending on
23   where it's going and, you know, the destination, you
24   know, of course the state and the size of the city, you
25   know, mail can take anywhere from seven to ten business
```

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

Ex. P
Pg. 132

Audio Recorded Transcript of Phone Call - 7/23/2013

 1  days.

 2          So, as I said --

 3          MALE SPEAKER:  Okay.

 4          MS. GOFF:  -- you should probably be receiving

 5  it in the mail any time now in the next two to three

 6  days.

 7          You have --

 8          MALE SPEAKER:  Okay.

 9          (Overlapping speakers.)

10          MALE SPEAKER:  When you guys call me, the

11  Caller I.D. has a phone number of (760) 979-5306.  How

12  do you put a local number in the Caller I.D.?

13          MS. GOFF:  Okay.  That is a system that they

14  work with, and that's for people who do not have long

15  distance service on their phone line.

16          When we call them, if they are unable to call a

17  long distance number or the toll free number that we --

18  if we are unable to provide them with that toll free

19  number, it provides them with a local number that is

20  routed to our service.

21          MALE SPEAKER:  Okay.  So -- because, you know,

22  when I saw this at first, I thought this was a local

23  call, but it's really not.  You guys are in Texas.

24          MS. GOFF:  Correct, sir.  We're actually a

25  nationwide company.

**SHELBURNE SHERR COURT REPORTERS, INC.  (619) 234-9100**
**www.sscourtreporters.com**

Ex. P
Pg. 133

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
 1            MALE SPEAKER:  Okay.  So you guys use an
 2   outside vendor, like local touch, to handle
 3   (unintelligible) phone numbers.
 4            MS. GOFF:  No.  When you call that telephone
 5   number, it will -- it will come straight back to Texas.
 6            MALE SPEAKER:  Right.  No.
 7            I'm asking --
 8            MS. GOFF:  It doesn't -- it's not going to
 9   charge you -- it's not going to charge you a long
10   distance --
11            MALE SPEAKER:  Yeah.
12            MS. GOFF:  -- fee.
13            MALE SPEAKER:  So you guys have called me three
14   times and there's like three slightly different phone
15   numbers here.
16            MS. GOFF:  Okay.  Because we are a nationwide
17   company, we have several thousands of telephone numbers
18   routed to our office.
19            We also have a toll free number.  If you'd
20   like, I can provide that to you.
21            MALE SPEAKER:  Yeah.  Sure.  Go ahead.
22            MS. GOFF:  It's (866) 862-2789.
23            MALE SPEAKER:  Okay.
24            MS. GOFF:  And my immediate supervisor's name
25   is Robert, and the last name is Nieves, N-i-e-v-e-s.  He
```

Ex. P
Pg. 134

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
 1   will be here tomorrow morning at 7:00 a.m. central time.
 2            MALE SPEAKER:  7:00 a.m. central.
 3            M-, as in marry, -i-e-z-e-s?
 4            MS. GOFF:  No.  It's N-, as in Nancy, -i-e-v-,
 5   as in Victor, -e-s.
 6            MALE SPEAKER:  Victor.  Okay.
 7            And do you not know who the owner of the
 8   company is or --
 9            MS. GOFF:  I don't have that information, sir.
10            As I said, you can call tomorrow morning and
11   speak with Mr. Nieves.  He'd be more than happy to
12   provide that information.  And if he can't, he will be
13   able to direct you to where you can find that
14   information.
15            Now, about the QVC account, sir, what were you
16   planning on doing with this balance of the $261.46?
17            MALE SPEAKER:  Yeah, so a couple other
18   questions:  Can you look at the call log then and tell
19   me the three people that left messages for me?
20            MS. GOFF:  Okay.  Sir, I don't have that
21   information because I don't have access to it.
22            My supervisor -- what were you planning on
23   doing with this balance of the 261.46 for the HP
24   Desktop?
25            MALE SPEAKER:  Quite honestly, what I'm
```

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
 1   planning to do is file a lawsuit against you guys and
 2   have you send me a check.
 3           MS. GOFF:  Okay.  Because you purchased this
 4   item from QVC and it was not paid for and you're filing
 5   a lawsuit?
 6           MALE SPEAKER:  Yeah, because you guys are
 7   breaking the law.
 8           MS. GOFF:  And how is that?
 9           MALE SPEAKER:  Oh, boy.  You'll just have to
10   wait until you get my lawsuit in the mail.
11           MS. GOFF:  Okay.  Then I'll go ahead and
12   provide this information to my supervisor.
13           And as soon as --
14           MALE SPEAKER:  Okay.
15           MS. GOFF:  -- you have the name of your lawyer
16   and his telephone number and can provide that to us,
17   we'll be more than happy to contact him with this.
18   Okay?
19           (Overlapping speakers.)
20           MS. GOFF:  Since you went ahead and brought up
21   that you are filing a lawsuit, sir, we can no longer
22   speak with you.
23           You have a good evening.
24           MALE SPEAKER:  Bye.
25           (End of recording.)
```

**Audio Recorded Transcript of Phone Call - 7/23/2013**

```
1   STATE OF CALIFORNIA )
2                      )    SS.
3   COUNTY OF SAN DIEGO )

4

5          I, Amy R. Neyhart, a certified shorthand reporter
6   for the State of California, do hereby certify:
7          That the foregoing audiotaped proceeding was
8   transcribed by me to the best of my ability; that the
9   foregoing is a true record of the testimony and
10  proceedings taken at that time.
11         I further certify that I am a disinterested
12  person and that I am in no way interested in the outcome
13  of said action.
14         In witness whereof, I have subscribed my name
15  this 20th day of May, 2016.

16

17

18                                 _____

                                   Amy R. Neyhart
19                                 CSR No. 12469

20

21

22

23

24

25
```

# EXHIBIT Q

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -
NICHOLAS HOROWITZ, an individual,  )
and CHAD HAMBY, an individual,     )
                                   )
          Plaintiffs,              )
                                   )
          vs.                      )  CASE NO.:
                                   )  14-cv-02512-MMA-RBB
GC SERVICES LIMITED PARTNERSHIP, a )
Delaware limited partnership doing )
business in California,            )
          Defendants.              )
- - - - - - - - - - - - - - - - - - -



AUDIO RECORDED TRANSCRIPT OF
FIRST PHONE CALL BETWEEN
ROSIE PATELLA and MALE SPEAKER
JULY 16, 2014




TRANSCRIBED BY:  AMY R. NEYHART
                 CSR No. 12469

**Audio Recorded Transcript of First Phone Call - 7/16/2014**

 1        (Phone tone.)

 2        MS. PATELLA:  Thank you for calling GC

 3   Services.  My name is Rosie Patella.

 4        May I have your full name, please.

 5        MALE SPEAKER:  Hey, Rosie.  My name is Chad

 6   Hamby.

 7        You just said your name was Rosie Patella?

 8        MS. PATELLA:  Yes.  Yes, sir.

 9        Did someone -- did someone call you from this

10   office, sir?

11        MALE SPEAKER:  Yeah.  So I had a -- I have a

12   call from this phone number 7 -- or your phone number

13   was (760) 979-5306.

14        Do you want my phone number you called or my

15   social or what?

16        MS. PATELLA:  No.  Actually, I just would need

17   your phone number where they called you so we can check

18   to see who we were looking for.

19        MALE SPEAKER:  Okay.  Area code (760) 757-9515.

20        MS. PATELLA:  Okay.  Let me see who we were

21   trying to locate.  Give me just one second.

22        It's (760) 757-9515?

23        MALE SPEAKER:  Yeah.

24        MS. PATELLA:  Oh, okay.  Sir --

25        MALE SPEAKER:  The lady said her name was --

**Audio Recorded Transcript of First Phone Call - 7/16/2014**

1    the lady said her name was Ruby Cisneros, the rep.

2              MS. PATELLA:  Ruby Cisneros.  Okay.

3              According to this, they were trying to locate

4    Kathryn Buzzetta.

5              MALE SPEAKER:  No.  My -- my name is Chad

6    Hamby.

7              Do you want my social?

8              MS. PATELLA:  Oh, no.  No, sir.  We don't need

9    it.

10             If they weren't -- if you're not the person

11   they're looking for, we'll just remove the number.

12             And you said they had called you at (760)

13   757-9515, right?

14             MALE SPEAKER:  Yeah.

15             Who is the person they were looking for?

16             MS. PATELLA:  They were trying to locate

17   Kathryn Buzzetta.

18             MALE SPEAKER:  Kathryn -- how's the last name

19   spelled?

20             MS. PATELLA:  It's B-, like in boy, -u-, double

21   Z, like in zebra, -e-, double T, like in Tom, -a.

22             MALE SPEAKER:  Okay.  Cool.

23             Can you -- can you search my social and just

24   see if you have any files in-house under my social?

25             MS. PATELLA:  We don't go by socials here, sir.

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

Ex. Q
Pg. 141

**Audio Recorded Transcript of First Phone Call - 7/16/2014**

 1  We just go by your name and your address and --

 2            (Overlapping speakers.)

 3            MALE SPEAKER:  -- what the last call was made

 4  to that number?

 5            MS. PATELLA:  No, sir.  We can't go into it.

 6            I can transfer you over -- or, you know what --

 7  because they're out to lunch right now, but I can give

 8  you the main number for them so you can call them

 9  directly and they would --

10            MALE SPEAKER:  Okay.

11            MS. PATELLA:  -- be able to assist you more

12  properly then because you're calling a different

13  department right now.

14            Let me give you --

15            MALE SPEAKER:  Okay.

16            MS. PATELLA:  Let me give you their direct

17  number.  Their direct number is (866) 862-2787.

18            MALE SPEAKER:  2787?

19            MS. PATELLA:  Yes, sir.

20            MALE SPEAKER:  Okay.  Perfect.

21            What department is that?

22            MS. PATELLA:  That would be the Nissan Motor

23  Acceptance Department.

24            MALE SPEAKER:  Nissan.  Okay.

25            MS. PATELLA:  Now, when you call over there,

**Audio Recorded Transcript of First Phone Call - 7/16/2014**

1   just give them that same phone number that you gave me.

2   Okay?

3            MALE SPEAKER:  Okay.  Awesome.

4            Hey, Rosie, is this a recorded line?

5            MS. PATELLA:  Yes, sir, this is a recorded

6   line.

7            MALE SPEAKER:  Okay.  Where -- what state are

8   you in?

9            MS. PATELLA:  This is San Antonio, Texas.

10           MALE SPEAKER:  Okay.

11           MS. PATELLA:  Okay?

12           MALE SPEAKER:  Okay.  Cool.

13           Well, thank you so much.

14           MS. PATELLA:  Yes, sir.  You have a nice

15   evening.  Bye-bye.

16           MALE SPEAKER:  Okay.  Bye-bye.

17           (End of recording.)

18

19

20

21

22

23

24

25

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Ex. Q**
**Pg. 143**

**Audio Recorded Transcript of First Phone Call - 7/16/2014**

```
 1  STATE OF CALIFORNIA )
 2                     )   SS.
 3  COUNTY OF SAN DIEGO )

 4

 5          I, Amy R. Neyhart, a certified shorthand reporter
 6  for the State of California, do hereby certify:
 7          That the foregoing audiotaped proceeding was
 8  transcribed by me to the best of my ability; that the
 9  foregoing is a true record of the testimony and
10  proceedings taken at that time.
11          I further certify that I am a disinterested
12  person and that I am in no way interested in the outcome
13  of said action.
14          In witness whereof, I have subscribed my name
15  this 20th day of May, 2016.

16

17

18                              _____
                                Amy R. Neyhart
19                              CSR No. 12469
20

21

22

23

24

25
```

# EXHIBIT R

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -
NICHOLAS HOROWITZ, an individual,  )
and CHAD HAMBY, an individual,     )
                                   )
          Plaintiffs,              )
                                   )
          vs.                      )  CASE NO.:
                                   )  14-cv-02512-MMA-RBB
GC SERVICES LIMITED PARTNERSHIP, a )
Delaware limited partnership doing )
business in California,            )
          Defendants.              )
- - - - - - - - - - - - - - - - - - -


AUDIO RECORDED TRANSCRIPT OF
PHONE CALL BETWEEN
TWO MALE SPEAKERS
JULY 16, 2014




TRANSCRIBED BY:  AMY R. NEYHART
                 CSR No. 12469

**Audio Recorded Transcript of Phone Call - 7/16/2014**

 1          MALE SPEAKER 1:  GC Services.  Can I have your
 2    full name, please.
 3          MALE SPEAKER 2:  Hey, my name is Chad Hamby.
 4          My number is -- do you want the phone number
 5    you were calling or my social?
 6          MALE SPEAKER 1:  Phone number is fine.
 7          MALE SPEAKER 2:  Okay.  Area code (760)
 8    757-9515.
 9          MALE SPEAKER 1:  Okay.  How may I help you?
10          MALE SPEAKER 2:  Hey, I was just returning a
11    phone call from -- from you guys.
12          MALE SPEAKER 1:  Okay.  And, let's see, did
13    they leave their name and their number?
14          MALE SPEAKER 2:  Yeah.  The lady -- the rep's
15    name was Ruby Cisneros.
16          MALE SPEAKER 1:  Okay.  One moment.
17          (Phone tone.)
18          (End of recording.)
19
20
21
22
23
24
25

**Audio Recorded Transcript of Phone Call - 7/16/2014**

```
 1   STATE OF CALIFORNIA )
 2                      )    SS.
 3   COUNTY OF SAN DIEGO )
 4
 5           I, Amy R. Neyhart, a certified shorthand reporter
 6   for the State of California, do hereby certify:
 7           That the foregoing audiotaped proceeding was
 8   transcribed by me to the best of my ability; that the
 9   foregoing is a true record of the testimony and
10   proceedings taken at that time.
11           I further certify that I am a disinterested
12   person and that I am in no way interested in the outcome
13   of said action.
14           In witness whereof, I have subscribed my name
15   this 20th day of May, 2016.
16
17
18                                  _____

                                    Amy R. Neyhart
19                                  CSR No. 12469
20
21
22
23
24
25
```

# EXHIBIT S

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -

NICHOLAS HOROWITZ, an individual,  )

and CHAD HAMBY, an individual,     )

                                   )

          Plaintiffs,              )

                                   )

          vs.                      )   CASE NO.:

                                   )   14-cv-02512-MMA-RBB

GC SERVICES LIMITED PARTNERSHIP, a )

Delaware limited partnership doing )

business in California,            )

          Defendants.              )

- - - - - - - - - - - - - - - - - - -



AUDIO RECORDED TRANSCRIPT OF

SECOND PHONE CALL BETWEEN

ROSIE PATELLA and MALE SPEAKER

JULY 16, 2014




TRANSCRIBED BY:  AMY R. NEYHART

CSR No. 12469

**Audio Recorded Transcript of Second Phone Call - 7/16/2014**

```
 1              (Phone tone.)
 2              MS. PATELLA:  Thank you for calling GC
 3   Services.  My name is Rosie Patella.
 4              May I have your full name, please.
 5              MALE SPEAKER:  Hey, Rosie, are you at the
 6   Nissan Motor Department or --
 7              MS. PATELLA:  No, sir.  This is a different
 8   department.
 9              May I have your name?  Did someone call you,
10   sir?
11              MALE SPEAKER:  Yeah.  Your rep's name was Ruby
12   Cisneros.  Do you have someone working there by that
13   name?
14              MS. PATELLA:  Oh, well, we have more than a
15   hundred people working here.
16              What department did you want?
17              MALE SPEAKER:  Well, I don't know.  She left
18   this phone number that's (866) 862-2789 to call you
19   back.
20              MS. PATELLA:  Oh, okay.
21              What is your phone number they called you at?
22              MALE SPEAKER:  It's area code (760) 757-9515.
23              MS. PATELLA:  Okay.  Let me see who we're --
24   what department that would be.  Give me just one second.
25              (760) 757-9515?
```

**Audio Recorded Transcript of Second Phone Call - 7/16/2014**

 1         MALE SPEAKER:  Um-hum.

 2         MS. PATELLA:  Oh, okay.  I believe you just

 3  called a few minutes ago, right?

 4         MALE SPEAKER:  Yeah.  The person you

 5  transferred me couldn't find anything and told me to

 6  call you back.

 7         MS. PATELLA:  Oh, okay.  Let me transfer --

 8  because that number you're giving me, actually, that's

 9  the only thing I'm pulling up.

10         Let me -- let me speak with one of the

11  representatives over there.  Give me just a second.

12         MALE SPEAKER:  Are you still pulling up a

13  Kathryn Buzzetta?

14         MS. PATELLA:  Yes.  I'm still pulling up that.

15  And I believe they've already taken -- I believe they've

16  taken off the number, sir.

17         Did you speak with someone right now?

18         MALE SPEAKER:  I don't know.  I've been

19  transferred about seven times.

20         MS. PATELLA:  Okay.  Yeah, because we --

21         (Overlapping speakers.)

22         MS. PATELLA:  Yeah, because we have a lot of

23  departments here.

24         Let me -- can you hold for a second?  Let me

25  speak with someone over there, see if they can pull up

**Audio Recorded Transcript of Second Phone Call - 7/16/2014**

1  this phone number so -- so you don't know a Kathryn
2  Buzzetta, right?
3          MALE SPEAKER:  Correct.
4          MS. PATELLA:  Okay.  Let me speak with someone.
5  Just stay on the line for me.  Hold on.
6          (Pause in the recording.)
7          MS. PATELLA:  Hello, sir?
8          MALE SPEAKER:  Yep.
9          MS. PATELLA:  Yes, I'm sorry for the delay,
10 sir.
11         I went over to that department and they've
12 already -- already checking your account.
13         They're going to remove that number so you
14 won't be bothered anymore.  Okay?
15         MALE SPEAKER:  Okay.  So you don't know how you
16 got my number associated with her?
17         MS. PATELLA:  No.  Actually --
18         MALE SPEAKER:  Some kind of skiptracing thing?
19         MS. PATELLA:  I believe so.  They probably just
20 skiptraced it.
21         But since it's a wrong number, we'll just
22 remove it.  Okay?
23         MALE SPEAKER:  Okay.  Now, I probably have an
24 outstanding debt.  And since you guys are so huge, I
25 probably do actually have a debt with you.

**Audio Recorded Transcript of Second Phone Call - 7/16/2014**

 1          So can you do a social search and -- do you

 2   have a way to check like your whole system --

 3          MS. PATELLA:  We -- we cannot go into the

 4   system without you having an account here because

 5   there's so many different departments here that you

 6   would actually have to be called in case we have an

 7   account for you here.

 8          MALE SPEAKER:  Oh, so you don't have any kind

 9   of central --

10          MS. PATELLA:  No.

11          MALE SPEAKER:  -- way to check all your

12   different offices?

13          MS. PATELLA:  No, we don't.  We -- we have to

14   go by department and department.  And you either have to

15   be called or receive a letter.  Okay?

16          MALE SPEAKER:  Okay.  All right.

17          Well, thank you very much, Rosie.

18          MS. PATELLA:  All right.  You have a nice day.

19   Bye-bye.

20          MALE SPEAKER:  Bye.

21          (End of recording.)

22

23

24

25

```
 1   STATE OF CALIFORNIA )

 2                       )    SS.

 3   COUNTY OF SAN DIEGO )

 4

 5           I, Amy R. Neyhart, a certified shorthand reporter

 6   for the State of California, do hereby certify:

 7           That the foregoing audiotaped proceeding was

 8   transcribed by me to the best of my ability; that the

 9   foregoing is a true record of the testimony and

10   proceedings taken at that time.

11           I further certify that I am a disinterested

12   person and that I am in no way interested in the outcome

13   of said action.

14           In witness whereof, I have subscribed my name

15   this 20th day of May, 2016.

16

17

18                                _____

                                  Amy R. Neyhart

19                                CSR No. 12469

20

21

22

23

24

25
```

# EXHIBIT T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -

NICHOLAS HOROWITZ, an individual,   )
and CHAD HAMBY, an individual,      )
                                    )
          Plaintiffs,               )
                                    )
          vs.                       )   CASE NO.:
                                    )   14-cv-02512-MMA-RBB
GC SERVICES LIMITED PARTNERSHIP, a  )
Delaware limited partnership doing  )
business in California,             )
          Defendants.               )
- - - - - - - - - - - - - - - - - - -



AUDIO RECORDED TRANSCRIPT OF
PHONE CALL BETWEEN
MS. RODRIGUEZ and MALE SPEAKER
JULY 18, 2014




TRANSCRIBED BY:  AMY R. NEYHART
                 CSR No. 12469

**Audio Recorded Transcript of Phone Call - 7/18/2014**

 1          (Phone tone.)

 2          MS. RODRIGUEZ:  Thank you for calling GC

 3   Services.  My name is Elizabeth Rodriguez.

 4          Can I have your full name, please.

 5          MALE SPEAKER:  Hey, Elizabeth.

 6          It's Chad Hamby.

 7          MS. RODRIGUEZ:  Okay.  One moment.

 8          MALE SPEAKER:  Are you from the QVC department?

 9          MS. RODRIGUEZ:  Yes, sir, I am.

10          MALE SPEAKER:  Perfect.

11          MS. RODRIGUEZ:  Is this for your account?

12          MALE SPEAKER:  Yeah.

13          MS. RODRIGUEZ:  Okay.

14          Sir, by any chance do you have a file number on

15   you?

16          MALE SPEAKER:  Yeah, they gave me an order

17   number.  You want to try that?

18          MS. RODRIGUEZ:  An order number?

19          MALE SPEAKER:  I have an order number --

20          (Overlapping speakers.)

21          MS. RODRIGUEZ:  You can go ahead and provide me

22   your phone number.

23          MALE SPEAKER:  Yeah, it's this one on the

24   Caller I.D.

25          MS. RODRIGUEZ:  (760) 757-9515?

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
 1              MALE SPEAKER:  Yep.
 2              MS. RODRIGUEZ:  Okay.  Yeah, I put that phone
 3   number in, but it's appearing under some other different
 4   name.
 5              MALE SPEAKER:  Yeah.
 6              MS. RODRIGUEZ:  And it's for Buzzetta, Kathryn.
 7              MALE SPEAKER:  Yeah.
 8              MS. RODRIGUEZ:  Is that --
 9              (Overlapping speakers.)
10              MALE SPEAKER:  Do you want to try the order
11   number or my social?
12              MS. RODRIGUEZ:  Either -- none of those numbers
13   will work.
14              Okay.  Go ahead, sir, and spell your last name
15   for me.
16              MALE SPEAKER:  H-a-m-b-y.
17              MS. RODRIGUEZ:  Was that e-y?
18              MALE SPEAKER:  No E.  Five letters -- Henry,
19   Adam, Mabel, boy, yellow.
20              MS. RODRIGUEZ:  Okay.  Do you have an account
21   number?
22              MALE SPEAKER:  Yeah.  Let me -- try this number
23   and see (unintelligible).
24              Are you ready?
25              MS. RODRIGUEZ:  Uh-huh.
```

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1        MALE SPEAKER:  4148655564.

2        MS. RODRIGUEZ:  Okay.  Yeah, well, I tried your

3   phone number.  I tried your first and last name, your

4   account number.  I can't seem to find you in our system.

5        MALE SPEAKER:  Perfect.

6        Can you do a social search?

7        MS. RODRIGUEZ:  Well, honestly, I can't do a

8   social search because it doesn't pop-up.  We really

9   don't use people's social security to look them up like

10  that.

11       What we do use is we use their first and last

12  name.  We use either their phone number, a file number

13  or the component's account number.

14       MALE SPEAKER:  What's the component account

15  number?

16       MS. RODRIGUEZ:  That's an account number that

17  QVC provides for you.  You know, they give you an

18  account number and then you give it to us and we're able

19  to look your information up like that.

20       I tried the phone number that, you know, shows

21  on my Caller I.D.  That is -- shows under a different

22  person for some reason.

23       By any chance when you were (unintelligible)

24  QVC account did you fill out the same phone number?

25       MALE SPEAKER:  Yeah.

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

4

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1        MS. RODRIGUEZ:  Okay.

2        MALE SPEAKER:  This is my number.  So if that

3   other lady Kathryn has it, that's the wrong number for

4   her.

5        But here's the thing:  I know GC Services sent

6   my debt over to you because I just hung up with them and

7   they confirmed they sent it over to you.  I mean, you

8   guys called me and left a voice mail message.  I mean,

9   this is last -- this is in July of last year, so it's

10  old.

11       MS. RODRIGUEZ:  Oh, okay.

12       MALE SPEAKER:  But it's still over there.  It's

13  still over with you guys QVC says.  They did not recall

14  it.

15       MS. RODRIGUEZ:  Okay.  All right.

16       Okay.  One more time, sir, go ahead and give me

17  your last and first name.

18       MALE SPEAKER:  Sure.  It's Hamby, H-a-m-b-y,

19  and the first name is Chad, C-h-a-d.

20       Are you looking at some other system that has

21  older accounts in it?

22       MS. RODRIGUEZ:  No.  You're with QVC.  It's

23  just for some reason it's not letting me look up your

24  account information at all.

25       MALE SPEAKER:  Huh.

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
1              MS. RODRIGUEZ:  Yeah, it says it's not on file.
2              MALE SPEAKER:  Oh, so you're in QVC system?
3              MS. RODRIGUEZ:  Well, we -- you know, we -- we
4      are with them but --
5              MALE SPEAKER:  Yeah.
6              MS. RODRIGUEZ:  Yeah, you know, I would
7      recommend you call them -- give them a call back.
8              Do you need the number to QVC?  I can actually
9      provide you that to the main office.  Maybe, you know,
10     they mistake -- you know, they probably gave you false
11     information.
12             Do you have a pen and paper with you, sir?
13             MALE SPEAKER:  Yeah, go ahead.
14             MS. RODRIGUEZ:  Okay.  Now, the number is (800)
15     367- --
16             MALE SPEAKER:  367.  Okay.
17             MS. RODRIGUEZ:  94 -- -9444.
18             MALE SPEAKER:  44.
19             Okay.  Is that their collection's department or
20     just the main (unintelligible)?
21             MS. RODRIGUEZ:  That's -- that's like the main
22     office.  They will be able to give you more information
23     towards, you know, if you owe or if you don't owe.
24             MALE SPEAKER:  Okay.  Perfect.
25             And then are you in the San Antonio office?
```

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1          MS. RODRIGUEZ:  Yes, sir.

2          MALE SPEAKER:  Okay.  Awesome.

3          And is this call being recorded?

4          MS. RODRIGUEZ:  Yes, sir.

5          MALE SPEAKER:  Okay.  Awesome.

6          Thank you.  Have a good day.

7          MS. RODRIGUEZ:  You, too.

8          MALE SPEAKER:  Bye.

9          (End of recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
 1   STATE OF CALIFORNIA )
 2                       )    SS.
 3   COUNTY OF SAN DIEGO )
 4
 5          I, Amy R. Neyhart, a certified shorthand reporter
 6   for the State of California, do hereby certify:
 7          That the foregoing audiotaped proceeding was
 8   transcribed by me to the best of my ability; that the
 9   foregoing is a true record of the testimony and
10   proceedings taken at that time.
11          I further certify that I am a disinterested
12   person and that I am in no way interested in the outcome
13   of said action.
14          In witness whereof, I have subscribed my name
15   this 20th day of May, 2016.
16
17
18                                _____

                                  Amy R. Neyhart
19                                CSR No. 12469
20
21
22
23
24
25
```

# EXHIBIT U

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -

NICHOLAS HOROWITZ, an individual, )

and CHAD HAMBY, an individual,     )

                                   )

        Plaintiffs,                )

                                   )

        vs.                        )  CASE NO.:

                                   )  14-cv-02512-MMA-RBB

GC SERVICES LIMITED PARTNERSHIP, a )

Delaware limited partnership doing )

business in California,            )

        Defendants.                )

- - - - - - - - - - - - - - - - - - -


AUDIO RECORDED TRANSCRIPT OF

PHONE CALL BETWEEN

MS. GUERRA and MALE SPEAKER

JULY 18, 2014


TRANSCRIBED BY:  AMY R. NEYHART

CSR No. 12469

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1          MS. GUERRA:  Thank you for calling GC Services.

2   This is Deborah Guerra.

3          May I have your full name, please.

4          TIFFANY:  Hi, Ms. Debra.  This is Tiffany

5   (unintelligible).

6          MS. GUERRA:  Uh-huh.

7          TIFFANY:  I have a customer on the line, and

8   he's having a hard time finding his account.  He's

9   saying he just got off the phone with QVC, and they keep

10  referring him to GC Services.

11         MS. GUERRA:  Okay.  You can go ahead and put

12  him through.

13         TIFFANY:  Okay.

14         (Phone tone.)

15         MS. GUERRA:  Hi.  This is Deborah Guerra.

16  Thank you very much for holding.

17         How may I help you?

18         MALE SPEAKER:  Hey, Deborah, you're -- you are

19  in the QVC client department?

20         MS. GUERRA:  I'm in that department here at GC

21  Services, yes.

22         How may I help you?

23         MALE SPEAKER:  Okay.  So we're trying to find

24  my account.  I talked to QVC.  They sent it to

25  GC Services on July 14th of last year.

**Audio Recorded Transcript of Phone Call - 7/18/2014**

 1          I have a voice mail message from GC Services
 2    from a lady named Ruby Cisneros from July 20th of last
 3    year, and I'm calling in now to try to get some more
 4    information about this account.
 5          MS. GUERRA:  Okay.  Well, let's first try to
 6    identify it.
 7          MALE SPEAKER:  Yeah.  Tiffany can't find it.
 8          MS. GUERRA:  Okay.  What is your last name?
 9          MALE SPEAKER:  Hamby, H-a-m-b-y.  First name
10    Chad, C-h-a-d.
11          MS. GUERRA:  And it's in your name?
12          MALE SPEAKER:  Yes.
13          MS. GUERRA:  Okay.  Nothing's coming up with
14    the name.
15          MALE SPEAKER:  Right.  We know that.
16          The phone number is bringing up some other lady
17    named Kathryn Buzzetta.  That's just completely wrong.
18    Nothing to do with me.
19          QVC gave me an order number and a customer
20    number.
21          MS. GUERRA:  Okay.
22          MALE SPEAKER:  Tiffany tried both of those and
23    they didn't work either, but do you want to try them?
24          MS. GUERRA:  Certainly.  Give me a moment and
25    I'll get over to that.

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1        MALE SPEAKER:  So, obviously, this is an old
2    account from July of last year.  So you guys like age
3    them and put them into some archive system?  Is that
4    maybe why they can't find it?
5        MS. GUERRA:  Well, we probably don't have it
6    here any longer and --
7        MALE SPEAKER:  So I asked QVC if they recalled
8    the account.  They said no.  QVC charged it off
9    (unintelligible).
10       MS. GUERRA:  Yeah, they should be able to
11   automatically, Mr. Hamby, tell you where it's at, with
12   what office.
13       Now, do you by any chance have an item I.D.
14   number or anything that you may have ordered from them
15   that I can try to pull up with that?
16       MALE SPEAKER:  I have the order number and my
17   customer number.
18       MS. GUERRA:  Okay.  Let -- give me just one
19   moment.  Let me try your customer number.  Give me a sec
20   here.  Let me get to that screen where I can pull it up
21   by that.
22       MALE SPEAKER:  Okay.
23       MS. GUERRA:  Okay.  What is the customer
24   number?
25       MALE SPEAKER:  77840920.

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1          MS. GUERRA:  Okay.  I can already tell you that
2    that's not with us because our customer numbers are a
3    lot longer than that.  It's like ten digits long.
4          Nothing's coming up with that.
5          Do you have an item I.D. number or a purchasing
6    number with QVC that I can try to look up for you?
7          MALE SPEAKER:  I have the order number.
8          MS. GUERRA:  Okay.  Let me try with that.
9    What's the order number that you have?
10         MALE SPEAKER:  4148655564.
11         MS. GUERRA:  I'm searching it.
12         Okay.  Nothing's coming up with that either.
13         Oh, goodness.  Yeah, no.
14         (Overlapping speakers.)
15         MS. GUERRA:  They cannot find a product that
16    matches that order number.
17         MALE SPEAKER:  Pardon?
18         MS. GUERRA:  The system cannot find an item
19    that matches that order number.
20         You gave me, just to make sure, 4148655564?
21         MALE SPEAKER:  Yes.
22         MS. GUERRA:  Yeah, nothing's coming up with
23    that.
24         (Overlapping speakers.)
25         MALE SPEAKER:  -- computer .

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
 1            MS. GUERRA:  Did you by any chance, Mr. Hamby,
 2   receive anything from GC Services, any type of letter or
 3   notification that we may have sent to you via mail?
 4            MALE SPEAKER:  Well, I -- that address, I moved
 5   so --
 6            MS. GUERRA:  Did you give us a forwarding
 7   address when you moved?
 8            MALE SPEAKER:  I don't know.
 9            MS. GUERRA:  Okay.  That's probably why we
10   can't locate it.
11            (Overlapping speakers.)
12            MALE SPEAKER:  -- forwarding address, but who
13   knows if they forward your letter.  You guys usually
14   want them back, don't you?
15            MS. GUERRA:  I'm sorry.  Go ahead with that.
16            MALE SPEAKER:  So most collection agencies
17   want -- they say "Return service requested."  So if the
18   address is no good, the letter comes back to you.
19   There's a bar code in the window and your mail vendor
20   scans it to let you know that the mail was not
21   delivered.
22            MS. GUERRA:  Yes.  But if we can't identify it
23   because we don't have the information that we need
24   required to identify the account, there's no way of us
25   putting that together with your file.
```

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1          MALE SPEAKER:  All right.  So do you have some

2    kind of like liaison that liaises between the collection

3    agency and your client for weird situations like this

4    (unintelligible) client relations manager you can talk

5    to?

6          MS. GUERRA:  Actually, the only thing that

7    they're going to tell me to do in our research

8    department is have you referred back to QVC.

9          Because as QVC being your actual client, they

10   should be able to pull up your information and tell you

11   what agency the file is with since last year.

12         MALE SPEAKER:  Yeah.  They said it was you and

13   gave me your phone number.

14         MS. GUERRA:  Okay.  And we have -- tell them to

15   give you your customer I.D. number then.

16         MALE SPEAKER:  That's what I gave you.

17         MS. GUERRA:  Okay.  And nothing -- with that --

18   what you gave me is an order number.

19         MALE SPEAKER:  No.  I gave you both.  I have --

20         MS. GUERRA:  Oh, yeah, but the customer I.D.

21   number that you gave me earlier that started with the

22   774 I believe -- is that what it was?

23         MALE SPEAKER:  Yep.

24         MS. GUERRA:  Yeah, nothing comes up with that

25   either.

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Ex. U**
**Pg. 172**

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1        If it's been a whole year, then chances are
2    it's not even with our agency any longer.  I mean, I
3    can't confirm that, but it's been over a year.  We
4    normally only hold the account for about 120 days.
5            MALE SPEAKER:  Okay.
6            MS. GUERRA:  So I'm very sorry.  I wish there
7    was a way that I could find it for you.  You know, I'd
8    be more than willing to help you.
9            MALE SPEAKER:  Yeah.
10           MS. GUERRA:  But I can't if I'm not able to
11   locate your file.
12           MALE SPEAKER:  All right.  So have you -- do
13   you have a collector there named Ruby Cisneros?  Does
14   she still work for you?
15           MS. GUERRA:  Used to last year.  Hasn't been
16   with us for a while.  I couldn't give you the exact time
17   frame, but I know she's no longer here at this office.
18           MALE SPEAKER:  Okay.  But she used to work in
19   your QVC department?
20           MS. GUERRA:  I couldn't guarantee -- the name
21   sounds very familiar, but I wasn't in this department at
22   that time so I wouldn't be able to confirm it.
23           MALE SPEAKER:  And you're in the San Antonio
24   office?
25           MS. GUERRA:  Yes, sir, I am.

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Ex. U**
**Pg. 173**

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
 1              And my name is Deborah Guerra.
 2              MALE SPEAKER:  Okay.  Thanks, Deborah.  I
 3   appreciate it.
 4              MS. GUERRA:  Not a problem, Mr. Hamby.
 5              If you find anything or even a letter that has
 6   your file number on it -- and it will be on the letter
 7   in the middle to the right, and it's a seven digit
 8   number -- then by all means call us back and we'll be
 9   happy to look for it.
10              Do you want me to give you my direct number?  I
11   won't be in over the weekend, but I will back Monday
12   after 12:00 noon and I'm here until 9:00 p.m. central
13   standard time Monday and Tuesday.
14              MALE SPEAKER:  Okay.  Go ahead.
15              MS. GUERRA:  My area code, directly, is area
16   code 210.  Phone number is 348-2757.
17              MALE SPEAKER:  Okay.
18              MS. GUERRA:  And that way you'll bypass the
19   collection floor and you'll get me directly.  If I'm
20   away or on the other line, you can leave me a voice
21   message and I'll call you right back.  Just leave me
22   your name and phone number.
23              MALE SPEAKER:  Okay.
24              MS. GUERRA:  All right.  Thank you very much
25   for being patient.  I appreciate it.
```

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1        MALE SPEAKER:  Okay.  Bye-bye.

2        MS. GUERRA:  Bye-bye.

3        (End of recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Ex. U**
**Pg. 175**

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
 1  STATE OF CALIFORNIA )

 2                      )   SS.

 3  COUNTY OF SAN DIEGO )

 4

 5          I, Amy R. Neyhart, a certified shorthand reporter

 6  for the State of California, do hereby certify:

 7          That the foregoing audiotaped proceeding was

 8  transcribed by me to the best of my ability; that the

 9  foregoing is a true record of the testimony and

10  proceedings taken at that time.

11          I further certify that I am a disinterested

12  person and that I am in no way interested in the outcome

13  of said action.

14          In witness whereof, I have subscribed my name

15  this 20th day of May, 2016.

16

17

18                                  _____

                                    Amy R. Neyhart

19                                  CSR No. 12469

20

21

22

23

24

25
```

# EXHIBIT V

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -

NICHOLAS HOROWITZ, an individual, )
and CHAD HAMBY, an individual,    )
                                  )
        Plaintiffs,               )
                                  )
        vs.                       )   CASE NO.:
                                  )   14-cv-02512-MMA-RBB
GC SERVICES LIMITED PARTNERSHIP, a )
Delaware limited partnership doing )
business in California,           )
        Defendants.               )
- - - - - - - - - - - - - - - - - - -



AUDIO RECORDED TRANSCRIPT OF

PHONE CALL BETWEEN

JULIAN and MALE SPEAKER

JULY 18, 2014




TRANSCRIBED BY:  AMY R. NEYHART

CSR No. 12469

**Audio Recorded Transcript of Phone Call - 7/18/2014**

1          (Phone tone.)

2          JULIAN:  GC Services.  Julian (unintelligible)

3   speaking.

4          May I have your full name.

5          MALE SPEAKER:  Hey, Chad Hamby.

6          JULIAN:  Okay.  Can you spell the last name,

7   sir?

8          MALE SPEAKER:  H-a-m-b-y.

9          JULIAN:  All right.  Yes, I don't see a file

10  for you here.

11          Who are you calling for?

12          MALE SPEAKER:  The rep said her name was Ruby

13  Cisneros.

14          JULIAN:  Okay.  Ruby Cisneros.  I'm not sure

15  if -- I'm not sure if (unintelligible).  Just give me

16  one second.

17          Okay.  Sir, now you said Ruby Cisneros.  Which

18  company are you calling for?

19          MALE SPEAKER:  GC Services.

20          JULIAN:  Okay.  And is that going to be for

21  who?  I'm trying to (unintelligible) the client that

22  you're calling with.

23          Hello.  Hello.  Hello.

24          (End of recording.)

25

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

**Audio Recorded Transcript of Phone Call - 7/18/2014**

```
 1  STATE OF CALIFORNIA )

 2                     )   SS.

 3  COUNTY OF SAN DIEGO )

 4

 5          I, Amy R. Neyhart, a certified shorthand reporter

 6  for the State of California, do hereby certify:

 7          That the foregoing audiotaped proceeding was

 8  transcribed by me to the best of my ability; that the

 9  foregoing is a true record of the testimony and

10  proceedings taken at that time.

11          I further certify that I am a disinterested

12  person and that I am in no way interested in the outcome

13  of said action.

14          In witness whereof, I have subscribed my name

15  this 20th day of May, 2016.

16

17

18                                 _____

                                   Amy R. Neyhart

19                                 CSR No. 12469

20

21

22

23

24

25
```

# EXHIBIT W

PO BOX 4003
ACWORTH, GA 30101

| Manage Your Account & View Your Usage Details | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | REDACTED | 09/10/13 |

**Address Changed? – go to vzw.com/changeaddress**

| Invoice Number | REDACTED |
|---|---|

KEYLINE
/9866102297/

CHAD HAMBY
**REDACTED**

## Quick Bill Summary

Jul 16 - Aug 15

| | |
|---|---|
| Previous Balance (see back for details) | REDACTED |
| Payments – Thank You | |
| **Balance Forward** | |
| Monthly Charges | |
| Usage and Purchase Charges | |
| Equipment Charges | |
| Verizon Wireless' Surcharges and Other Charges & Credits | |
| Taxes, Governmental Surcharges & Fees | |
| **Total Current Charges** | |

**Total Charges Due by September 10, 2013**

**Renew Your Discount**
It's time to renew your monthly discount by validating your employment or affiliation at vzw.com/renewdiscount. See "Need-to-Know Information" section of this bill for more details.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VW

Bill Date
Account Number
Invoice Number

August 15, 2013
**REDACTED**

CHAD HAMBY
**REDACTED**

## Total Amount Due

will be submitted to credit card on 09/04/13
DO NOT MAIL PAYMENT

REDACTED

PO BOX 660108
DALLAS, TX 75266–0108

/7526601085/

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.





**PLAINTIFFS000007**

**Ex. W**
**Pg. 182**

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| REDACTED | REDACTED | 09/10/13 | 2 of 38 |

| Get Minutes Used | Get Data Used | Get Balance |
|---|---|---|
| #MIN + SEND | #DATA + SEND | #BAL + SEND |

## Explanation of Charges

**Verizon Wireless' Surcharges**

Verizon Wireless' Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including charges we or our agents pay local telephone companies for delivering calls from our customers to their customers, fees and assessments on our network facilities and services, and costs and charges associated with new cell site construction, local number portability, and other government mandates. Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.

**Taxes, Governmental Surcharges and Fees**

Includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill customers. These taxes, surcharges and fees may change from time to time without notice.

**Late Fee Information**

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law.

**Verizon Wireless' Other Charges and Credits**

Includes charges for products and services, and credits owing.

## Payments



### Previous Balance

**Payments – Thank You**

Payment Received 08/07/13

Payment Received 08/07/13

**Total Payments**

### Balance Forward

Total Amount Due will be submitted to your card provider on 09/04/13

## Account Charges and Credits

**Account Monthly Charges**

| | | |
|---|---|---|
| Nationwide TLK&TXT Share 2000 | | 08/16 – 09/15 |
| 15% Access Discount ($110.00 + $9.99) | | 08/16 – 09/15 |
| Subtotal | | |
| | | |
| Total Account Charges and Credits | | |

---

**Correspondence Address: Verizon Wireless Attn: Correspondence Team PO Box 5029 Wallingford, CT 06492**

Automatic Payment Enrollment for Account: REDACTED  CHAD HAMBY

By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charges.

1. Check this box.     2. Sign name in box below, as shown on the bill and date.     3. Return this slip with your payment. Do not send a voided check.

 

Changing your billing address for Account: REDACTED  CHAD HAMBY

Use this space or sign in to My Verizon at vzw.com/changeaddress to change the mailing address where we send your bill. If we do not have your most recent email address, provide it below and we'll use it to tell you important information about your Verizon Wireless service. Allow 2 billing cycles for the address change to take effect.

New Address _____

City _____

State/Zip _____

Work Phone _____ Home Phone _____

Email _____

Confirming or changing your service address

For each of your mobile numbers, in order to bill taxes and surcharges correctly we need a service address - which is a street address (not a PO Box) that is the home or primary business address of the person who uses that number. To confirm or change the service address for any of your mobile numbers, sign in to My Verizon at vzw.com/serviceaddress.

**PLAINTIFFS000008**

Ex. W
Pg. 183

| | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|
| | **REDACTED** | | | 09/10/13 | 7 of 38 |

**Detail for Chad Hamby: 760-757-9515**

Voice, continued



| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/18 | 10:29A | 760-481-3504 | Peak | Friends & Family,CallFwd | San Diego CA | San Marcos CA | 1 | --- | --- | --- |
| 7/20 | 8:03A | 760-481-3504 | Off-Peak | N&W,CallFwd | San Diego CA | San Marcos CA | 1 | --- | --- | --- |

PLAINTIFFS000014

# EXHIBIT X

# THIS "CONFIDENTIAL" EXHIBIT IS FILED PROVISIONALLY UNDER SEAL

# EXHIBIT Y

## AUDIO RECORDINGS PROVISIONALLY FILED NON-ELECTRONICALLY ON CD-ROM